March 18, 2022

FILED
2022 MAR 22 PM 1:07

Regarding Case Number 22-10571 aih
Matthew M. Motil

Providing my new and permanent mailing address
Mike Motil
834 Fairway Vista Drive
Santa Maria, California
93455

My previous address was
4421 139th Place SE
Snohomish, Washington 98296

Thank you,

*[signature]*

Mike Motil