United States Bankruptcy Court
Northern District Of Ohio
**Notice of Filing Deficiency**

**To:** Attorney Eric Neuman      **Case Number:** 22–10571–aih

**Debtor(s):** Matthew M. Motil      **Judge:** ARTHUR I HARRIS

**The items marked below are deficient and must be corrected by 04/27/2022, or this matter may be referred to the Judge for further consideration.**

- ☐ Adversary filing incomplete. Need ☐ Cover Page/Worksheet ☐ Request for Summons ☐ See Comments.

- ☐ Affidavit needs: ☐ notary seal/stamp/commission expiration ☐ signature ☐ county/state

- ☐ Attachments/Exhibits: ☐ not filed ☐ incorrect or not relevant to filing

- ☐ Attorney name block is missing, or does not include attorney's full name, firm, address, telephone number, and attorney registration number.

- ☐ Case: ☐ closed ☐ dismissed ☐ transferred

- ☐ Certificate of Service indicating name, address of parties served, and the date of service was not filed.

- ☐ Certificate of Service – Chapter 13 Plan: Debtor failed to comply with Bankruptcy Rule 3012(b) and Local General Order 17–1, providing the debtor must serve creditor in the manner provided for service of a summons and complaint under Bankruptcy Rule 7004, as well as provide a certificate of service "that includes the date and method of service and the identity by name and address of each entity served, consistent with Local Bankruptcy Rule 9013–3."

- ☐ Document: ☐ case# incorrect ☐ caption incorrect ☐ Judge incorrect

- ☐ ECF event used is incorrect. ☐ Resubmit the document using the correct code. See the ECF <u>Search</u> Menu.

- ☐ Employee income records and/or proof of no income received 60 days preceding case filing were not filed.

- ☐ Fee due in the amount of $ ☐ Fee deleted by the filer. Resubmit the pleading and pay the fee.

- ☐ Form B121 required.

- ☑ Hearing: ☑ notice not filed ☐ time, date, and/or location are incorrect

- ☐ Installment Application: ☐ dates incorrect ☐ fee incorrect ☐ exceeds 120 day limit

- ☐ Official Form B423 must be filed, or the case may be closed without the discharge order.

- ☐ Order Regarding:

- ☐ Petition: ☐ incorrect Official Form ☐ missing document(s):

- ☐ Petition for Unclaimed Funds does not comply with LBR 3011–1. Please reference the LBR for guidelines.

    - ☐ Proof of deposit is not attached to the petition (e.g., copy of receipt and attached list of parties entitled to funds; unclaimed funds search web page; or other supporting documents).

☐ Exhibit A is not attached  ☐ Full Tax ID/Social Security Number is not attached to Exhibit A

☐ incorrect identification

☐ Signature Declaration missing.

☐ Signature must be:  ☐ original  ☐ /S/ signature for  ☐ attorney  ☐ debtor  ☐ creditor

☐ Other Deficient Matter(s):

**Comments/Instructions**

**Deputy Clerk:** /s/ TA Paolantonio    **Date:** April 22, 2022

**Form:** ohnb140