IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | * | Case No. 22-10571 |
| Matthew M. Motil | * | Judge Arthur J. Harris |
| | * | Chapter 7 Proceeding |
| Debtors | | |
| * | * | * |

## NOTICE OF MOTION FOR RELIEF FORM STAY

Ray Cattaneo has filed papers with the Court for Relief from Stay so as to permit and allow the action pending by Ray Cattaneo in the Richland County, Ohio Common Pleas Court in Case Number 2021 CV 0169 to proceed against all parties, including the Debtor.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the Motion of Ray Cattaneo for relief from stay, then on or before **May 13, 2022** you or your attorney must:

File with the Court a written request for a hearing at:

Bankruptcy Clerk
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114-1235

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

And attend the hearing scheduled to be held on **June 7, at 10:00 A.M.** before the Honorable Arthur I. Harris in Courtroom 1A, Howard A. Metzenbaum United States Court House, 201 Superior Avenue, Cleveland, Ohio 44114.

You must also send a copy to:

Eric R. Neuman
1107 Adams Street
Toledo, Ohio 43624

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion of Ray Cattaneo for Relief from Stay and may enter an order granting the relief.

                                                                                */s/Eric R. Neuman*
                                                                                Eric R. Neuman
                                                                                1105 Adams Street
                                                                                Toledo, OH 43604
                                                                                (419) 244-8500
                                                                                (419) 238-4705
                                                                                eric@drlawllc.comc

## CERTIFICATION

I, Eric Neuman, do hereby certify that a copy of this Notice was sent this 22nd day of April 2022, to the list of creditors and/or interested parties listed below.

                                                                                */s/Eric R. Neuman*
                                                                                Eric R. Neuman

**Notice will be electronically mailed to:**

- Virgil E. Brown    virgil@vebtrustee.com, vbrownjr@ecf.axosfs.com
- Thomas W. Coffey    tcoffey@tcoffeylaw.com
- Daniel A. Cox    bankruptcy@woodlamping.com, dacox@woodlamping.com
- Eric R. Neuman    eric@drlawllc.com, kim@drlawllc.com; r50765@notify.bestcase.com;raymond@drlawllc.com;leanne@drlawllc.com
- David M. Neumann    dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Jody Michelle Oster    jodymoster@gmail.com
- United States Trustee    (Registered address)@usdoj.gov

**Notice will be mailed to:**

American Express National Bank
c/o Zwicker & Associates, PC
80 Minuteman Road
PO Box 9043
Andover, MA 01810-1041

Matthew M. Motil
7011 Chadbourne Drive
North Olmsted, OH 44070

Mike Motil
834 Fairway Vista Drive
Santa Maria, CA 93455