UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10571-(AIH) |
| | ) | |
| Matthew M. Motil, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters an appearance on behalf of Andrew R. Vara, United States Trustee for Region 9, in this case. Parties should direct all future communications with the United States Trustee to the undersigned.

                        Respectfully submitted,

                        Andrew R. Vara
                        United States Trustee Region 9

by:    */s/ Scott R. Belhorn*
        Scott R. Belhorn (#0080094)
        Trial Attorney
        Department of Justice
        Office of the U.S. Trustee
        H.M. Metzenbaum U.S. Courthouse
        201 Superior Avenue, Suite 441
        Cleveland, Ohio 44114-1240
        (216) 522-7800 Ext. 260
        (216) 522-7193 (fax)
        scott.r.belhorn@usdoj.gov

# Certificate of Service

I hereby certify that on May 2, 2022, a true and correct copy of the foregoing Notice of Appearance was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Virgil E. Brown     virgil@vebtrustee.com, vbrownjr@ecf.axosfs.com
- Evan T. Byron     etb@kdglegal.com, hlb@kdglegal.com
- Thomas W. Coffey     tcoffey@tcoffeylaw.com
- Daniel A. Cox     bankruptcy@woodlamping.com, dacox@woodlamping.com
- Eric R. Neuman     eric@drlawllc.com, kim@drlawllc.com; r50765@notify.bestcase.com; raymond@drlawllc.com; leanne@drlawllc.com
- David M. Neumann     dneumann@meyersroman.com, jray@meyersroman.com; mnowak@meyersroman.com
- Jody Michelle Oster     jodymoster@gmail.com
- United States Trustee     (Registered address)@usdoj.gov

                                                           */s/ Scott R. Belhorn*
                                                              Scott R. Belhorn