# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN CHAPTER 7 PROCEEDINGS |
| | ) | |
| MATTHEW M. MOTIL | ) | CASE NO. 22-10571-(AIH) |
| | ) | |
| Debtor | ) | JUDGE ARTHUR I HARRIS |
| | ) | |
| | ) | |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

Creditors, IRA Services Trust Company CFBO Kenneth P. Lynch IRA and Kenneth P. Lynch (collectively, "Movants"), filed a Motion styled: Motion to Extend Time in Which to File a Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

**Any objection to the relief requested by Movants must be filed on or before June 16, 2022.**

If you do not want the Court to grant the motion, then you or your attorney must:

File with the Court a written response to the motion explaining your position at:

Clerk of Court
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East
Cleveland, OH 44114-1235

You must also mail a copy to the undersigned at the **Office of the United States Trustee, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East, Suite 441, Cleveland, OH 44114-1240**, and to all the parties listed on the attached service list.

You must also attend the hearing to be held at **ten o'clock (10:00) a.m. on Tuesday, June 28, 2022,** in **The United States Bankruptcy Court, Courtroom 1A, H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, OH 44114-1235**. **(Check the Court's website for instructions for attending remotely).** Your hearing may be adjourned by the Court from time to time.

If you mail your response to the Court, you must mail it early enough so the Court will receive it on or before the response deadline specified above.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief without conducting a hearing.**

Dated: June 3, 2022	Respectfully submitted,


/s/ *Herbert J. Kramer*

_____
Kramer Legal Services, LLC
By: Herbert J. Kramer (0020342)
Attorney for Plaintiffs
P.O. Box 771
Gates Mills, OH 44040
216-598-6568
hjklegal@gmail.com
Counsel for Creditors  IRA Services Trust
 Company CFBO Kenneth P. Lynch IRA and
 Kenneth P. Lynch, Trustee

## CERTIFICATE OF SERVICE

I, Herbert J. Kramer, hereby certify that the foregoing Notice was electronically transmitted on or about June 3, 2022, via the Court's CM/ECF system to all parties listed on the Court's Electronic Mail List, including:

- Virgil E. Brown  virgil@vebtrustee.com, vbrownjr@ecf.axosfs.com
- Evan T. Byron  etb@kdglegal.com, hlb@kdglegal.com
- Thomas W. Coffey  tcoffey@tcoffeylaw.com
- Daniel A. Cox  bankruptcy@woodlamping.com, dacox@woodlamping.com
- Eric R. Neuman  eric@drlawllc.com, kim@drlawllc.com; r50765@notify.bestcase.com; raymond@drlawllc.com; leanne@drlawllc.com
- David M. Neumann  dneumann@meyersroman.com, jray@meyersroman.com; mnowak@meyersroman.com
- Jody Michelle Oster  jodymoster@gmail.com
- Matthew R. Duncan  jmrduncan@bmdllc.com
- United States Trustee  (Registered address)@usdoj.gov
- Scott R. Belhorn  Scott.R.Belhorn@usdoj.gov

I, Herbert J. Kramer, further certify that the foregoing Notice was mailed via U.S. Post, First Class, on June 3, 2022, to the following:

> Matthew Motil
> 7011 Chadbourne Drive
> North Olmsted, OH  44070

> /s/ Herbert J. Kramer
> Herbert J. Kramer
> Counsel for Creditors  IRA Services Trust Company CFBO Kenneth P. Lynch IRA and Kenneth P. Lynch, Trustee