The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 15, 2022, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: June 15, 2022**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MATTHEW M. MOTIL, | ) | Case No. 22-10571 |
| | ) | |
| Debtor. | ) | |
| | ) | Judge Arthur I. Harris |
| | ) | |
| RAY CATTANEO, | ) | |
| Plaintiff. | ) | Adversary Proceeding |
| | ) | No. 22-1032 |
| v. | ) | |
| | ) | PRETRIAL MINUTES & |
| MATTHEW M. MOTIL, | ) | ORDER |
| Defendant. | ) | |

APPEARANCES BY:   **E. Neuman**, for plaintiff
                  **T. Coffey**, for defendant

On June 14, 2022, the Court held a pretrial conference which was adjourned to **1:30 P.M. on August 16, 2022**. The Court also adjourns pending motions for relief from stay in the main bankruptcy case (Case No. 22-10571, Docket Nos. 25, 31, 51) to **1:30 P.M. on August 16, 2022**. The bankruptcy stay remains

in effect as to actions against the debtor including those pending in state court. The bankruptcy stay does not stay pending actions against nondebtor entities.

IT IS SO ORDERED.