United States Bankruptcy Court

Northern District of Ohio

| In re: | Case No. 22-10571-aih |
|---|---|
| Matthew M. Motil | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0647-1 | User: mgaug | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: pdf804 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew M. Motil, 7011 Chadbourne Drive, North Olmsted, OH 44070-5045 |
| cr | + | 1520 Ventures Inc. Solo 401(k), Peter Linsky, Trus, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Brian Bonetta, 2108 Palomino Drive, Chandler, AZ 85224-2115 |
| cr | + | Constance Linsky, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Kenneth Lynch, 2710 Orchard Knob Dr., Atlanta, GA 30339-4625 |
| cr | + | Lori Rehn, 403 Fort Ranch Road, Georgetown, TX 78633-4489 |
| cr | + | Mike Motil, 834 Fairway Vista Drive, Santa Maria, CA 93455-1516 |
| cr | + | Nathan Shawn Horner, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Pearce Holdings, LLC, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Peter Linsky, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | R. Deane Linsky, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Specialized IRA Services FBO Kim Linsky Roth IRA, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Specialized IRA Services FBO Nathan Horner, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Specialized IRA Services FBO Peter Linsky Roth IRA, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Specialized Trust Company Custodian FBO Amy Horner, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Specialized Trust Company Custodian FBO Peter Lins, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | | |
| | | | Jun 14 2022 20:46:00 | American Express National Bank, c/o Zwicker & Associates, PC, 80 Minuteman Road, PO Box 9043, Andover, MA 01810-0943 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ace and Deuce Capital, LLC |
| cr | | Bridge Loan Venture V Trust 2017-1 |
| cr | | Danielle Hansen |
| cr | | FIG as Custodian for FIG OH18 and Secured Party |
| cr | | Kayla Voller |
| cr | | Ray Cattaneo |
| cr | | Sharestates Investments DACL, LLC |
| cr | | Toby Oliver |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | Zip Management Ohio, LLC |

TOTAL: 10 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:**

**Name**        **Email Address**

Austin B. Barnes, III

on behalf of Creditor FIG as Custodian for FIG OH18 and Secured Party abarnes@sandhu-law.com bk1notice@sandhu-law.com

Daniel A. Cox

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2020-BPL1 bankruptcy@woodlamping.com, dacox@woodlamping.com

Daniel A. Cox

on behalf of Creditor Sharestates Investments DACL LLC bankruptcy@woodlamping.com, dacox@woodlamping.com

Daniel A. Cox

on behalf of Creditor Bridge Loan Venture V Trust 2017-1 bankruptcy@woodlamping.com dacox@woodlamping.com

David M. Neumann

on behalf of Plaintiff Lou-Ann Krause dneumann@meyersroman.com jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann

on behalf of Creditor Zip Management Ohio LLC dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann

on behalf of Creditor Ace and Deuce Capital LLC dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann

on behalf of Plaintiff Mark D'Olimpio dneumann@meyersroman.com jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann

on behalf of Plaintiff Zip Management Ohio LLC dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

David M. Neumann

on behalf of Plaintiff Ace Deuce Capital LLC dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com

Eric R. Neuman

on behalf of Creditor Lori Rehn eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;leanne@drlawllc.com

Eric R. Neuman

on behalf of Creditor Ray Cattaneo eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;leanne@drlawllc.com

Eric R. Neuman

on behalf of Plaintiff Ray Cattaneo eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;leanne@drlawllc.com

Eric R. Neuman

on behalf of Plaintiff Lori Rehn eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;leanne@drlawllc.com

Evan T. Byron

on behalf of Plaintiff Kayla Voller etb@kdglegal.com hlb@kdglegal.com

Evan T. Byron

on behalf of Creditor Kayla Voller etb@kdglegal.com  hlb@kdglegal.com

Herbert J. Kramer

on behalf of Creditor Kenneth Lynch hjklegal@gmail.com

Hunter G. Cavell

on behalf of Creditor Brian Bonetta hcavell@morrislaing.com

Hunter G. Cavell

on behalf of Plaintiff Brian Bonetta hcavell@morrislaing.com

Jody Michelle Oster

on behalf of Creditor 1520 Ventures Inc. Solo 401(k)  Peter Linsky, Trustee jodymoster@gmail.com

Jody Michelle Oster

on behalf of Creditor Specialized Trust Company Custodian FBO Amy Horner Roth IRA jodymoster@gmail.com

Jody Michelle Oster

on behalf of Creditor R. Deane Linsky jodymoster@gmail.com

Jody Michelle Oster

on behalf of Creditor Specialized IRA Services FBO Kim Linsky Roth IRA jodymoster@gmail.com

Jody Michelle Oster

on behalf of Creditor Pearce Holdings  LLC jodymoster@gmail.com

Jody Michelle Oster

on behalf of Creditor Specialized IRA Services FBO Peter Linsky Roth IRA jodymoster@gmail.com

Jody Michelle Oster

on behalf of Creditor Specialized IRA Services FBO Nathan Horner jodymoster@gmail.com

Jody Michelle Oster

on behalf of Creditor Nathan Shawn Horner jodymoster@gmail.com

Jody Michelle Oster

on behalf of Creditor Peter Linsky jodymoster@gmail.com

Jody Michelle Oster

on behalf of Creditor Specialized Trust Company Custodian FBO Peter Linsky IRA jodymoster@gmail.com

Jody Michelle Oster

on behalf of Creditor Constance Linsky jodymoster@gmail.com

Matthew R. Duncan

on behalf of Creditor Danielle Hansen mrduncan@bmdllc.com  lmrossos@bmdllc.com

Matthew R. Duncan

on behalf of Creditor Toby Oliver mrduncan@bmdllc.com  lmrossos@bmdllc.com

Scott R. Belhorn ust35

on behalf of U.S. Trustee Andrew R. Vara Scott.R.Belhorn@usdoj.gov

Thomas W. Coffey

on behalf of Defendant Matthew M. Motil tcoffey@tcoffeylaw.com

Thomas W. Coffey

on behalf of Debtor Matthew M. Motil tcoffey@tcoffeylaw.com

Virgil E. Brown, Jr.

on behalf of Trustee Virgil E. Brown  Jr. virgil@vebtrustee.com, vbrownjr@ecf.axosfs.com

Virgil E. Brown, Jr.

virgil@vebtrustee.com  vbrownjr@ecf.axosfs.com


TOTAL: 37

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 13, 2022, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: June 13, 2022**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10571-(AIH) |
| | ) | |
| Matthew M. Motil, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |

### AGREED ORDER EXTENDING THE UNITED STATES TRUSTEE'S DEADLINE TO FILE A COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. §727

This matter came before the Court on the United States Trustee's Unopposed Motion to Extend Time in Which to File a Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 (the "Motion"). On June 9, 2022, the debtor Matthew M. Motil filed a timely response to the Motion acknowledging his consent to the requested extension but taking exception to certain allegations the United States Trustee made in support of the Motion.

**WHEREFORE,** it is hereby **ORDERED** that the deadline for the United States Trustee

to file a complaint objecting to discharge under 11 U.S.C. § 727 is ORDERED extended until

August 3, 2022.

**IT IS SO ORDERED.**

###

**Order agreed to and submitted by:**

**Andrew R. Vara,**
**United States Trustee Region 9,**

**By:**      */s/ Scott R. Belhorn*
                 Scott R. Belhorn (#0080094)
                 Trial Attorney
                 Department of Justice
                 Office of the U. S. Trustee
                 201 Superior Avenue E, Ste. 441
                 Cleveland, Ohio 44114
                 (216) 522-7800 ext. 260
                 Fax: (216) 522-7193
                 Email: scott.r.belhorn@usdoj.gov

**DATE:**   *June 10, 2022*

**And by:**

**Matthew M. Motil**
**Debtor,**

**By:**      */s/ Thomas W. Coffey*
                 Thomas W. Coffey (#0046877)
                 Coffey Law LLC
                 2430 Tremont Avenue front
                 Cleveland, OH 44113
                 (216) 870-8866
                 Email: tcoffey@tcoffeylaw.com

**DATE:**   *June 10, 2022*

**Counsel for Matthew M. Motil**

**PARTIES REQUIRING SERVICE**

**ELECTRONIC**

- Virgil E. Brown      virgil@vebtrustee.com, vbrownjr@ecf.axosfs.com
- Evan T. Byron      etb@kdglegal.com, hlb@kdglegal.com
- Hunter G. Cavell      hcavell@morrislaing.com
- Thomas W. Coffey      tcoffey@tcoffeylaw.com
- Daniel A. Cox      bankruptcy@woodlamping.com, dacox@woodlamping.com
- Matthew R. Duncan      mrduncan@bmdllc.com, lmrossos@bmdllc.com
- Herbert J. Kramer      hjklegal@gmail.com
- Eric R. Neuman      eric@drlawllc.com, kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;leanne@drlawllc.com
- David M. Neumann      dneumann@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Jody Michelle Oster      jodymoster@gmail.com
- United States Trustee      (Registered address)@usdoj.gov
- Scott R. Belhorn ust35      Scott.R.Belhorn@usdoj.gov


**U.S. POST, FIRST CLASS**


Matthew M. Motil
7011 Chadbourne Drive
North Olmsted, OH 44070


Mike Motil
834 Fairway Vista Drive
Santa Maria, CA 93455