UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: ) Case No. 22-10571-AIH
)
MOTIL, MATTHEW M. ) Chapter 7
)
    Debtor(s). ) Judge: Harris
)

## MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: May 3, 2022     Time: 10:30 AM

Debtor(s)' Attorney: THOMAS W. COFFEY

Examination Conducted by:
  Interim Trustee: Trustee Virgil E. Brown, Jr.    ( xx )
  Elected Trustee: _____ ( )   Disputed? ( )
  Other: _____ ( )

### Results of Meeting:

Held ( xx )      Not Held ( )
Concluded ( )      Debtor Failed to Appear ( )
Continued ( xx )      Attorney Failed to Appear ( )
  Date: August 8 2022      Rescheduled: yes ( ) no ( )
  Time: 1:00 pm      At §341 ( ) Prior to §341 ( )

Date: _____
Time: _____

Address: Changed to: _____

Motion to Dismiss to Follow ( )
Address Correct ( )      Other: See Comments: ( )
     707(b) Review:
Case Determined to be:    Asset ( )    No Action Required ( )
     No-asset ( )    Recommend UST Action ( )
     Undetermined ( )    (see below/letter to follow)

Creditors Present:
  Creditor      Representative      Address & Phone

_____
_____
_____

Comments:
_____
_____

/s/ Trustee Virgil E. Brown, Jr.
Panel Trustee