# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 22-10571 AIH Judge: Arthur I. Harris
Case Name: MOTIL, MATTHEW M.

Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.
Date Filed (f) or Converted (c): 03/07/22 (f)
341(a) Meeting Date: 04/04/22
Claims Bar Date:

For Period Ending: 09/26/22

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. Debtor's interest in household goods and furnishin | 11,000.00 | 0.00 | | 0.00 | FA |
| 2. Personal computers, telephones, and related equipm | Unknown | 0.00 | | 0.00 | FA |
| 3. Three Nine mm pistols: Taurus PT 1911 ($250.00); G | 900.00 | 0.00 | | 0.00 | FA |
| 4. Ordinary men's clothing | Unknown | 0.00 | | 0.00 | FA |
| 5. Wedding ring and other jewelry | 0.00 | 0.00 | | 0.00 | 1.00 |
| 6. Dog, mixed breed | 100.00 | 0.00 | | 0.00 | FA |
| 7. Personal and household items owned by Debtor | Unknown | 0.00 | | 0.00 | FA |
| 8. Cash | 500.00 | 0.00 | | 0.00 | FA |
| 9. Chase Bank | Unknown | 0.00 | | 0.00 | FA |
| 10. Chase Bank | Unknown | 0.00 | | 0.00 | FA |
| 11. ALV Cleveland, LLC | 0.00 | 0.00 | | 0.00 | 1.00 |
| 12. NS Equity Cleveland, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 13. North Shore Equity Sales, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 14. BUYCLE 158, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 15. BUYCLE 175, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 16. BUYCLE 176, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 17. INVCLE150, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 18. NSEM Management 1, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 19. NSEM Mansfield 2, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 20. Motil Capital, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 21. Alpha Legend Ventures, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 22. Trinity Capiyal Management, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 23. Alpha Thread Worx, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 24. 3rd Party Management, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 25. CLE Bros Coffee, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 26. ALV Twinsburg, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |

| Case No: | 22-10571 AIH Judge: Arthur I. Harris | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|
| Case Name: | MOTIL, MATTHEW M. | Date Filed (f) or Converted (c): | 03/07/22 (f) |
| | | 341(a) Meeting Date: | 04/04/22 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. BUY CLE 100, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 28. DREMCUBED, LLC | Unknown | 1.00 | | 0.00 | 1.00 |
| 29. AXC Cleveland, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 30. AXC Twinsburg, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 31. Patent for Nutraceutical Formulation for Unblockin | Unknown | 0.00 | | 0.00 | FA |
| 32. Legal Malpractice Claim against Cavitch Familo & D | 200,000.00 | 0.00 | | 0.00 | 1.00 |
| 33. Breach of Contract claim against Ryan Stewman adn | 25,000.00 | 0.00 | | 0.00 | 0.00 |
| 34. Counterclaim against Geoff DelGrosso based on conv | 40,000.00 | 40,000.00 | | 0.00 | 40,000.00 |
| TOTALS (Excluding Unknown Values) | $277,500.00 | $40,019.00 | | $0.00 | Gross Value of Remaining Assets $40,022.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/23      Current Projected Date of Final Report (TFR): 12/30/23