# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **CHAPTER 7 Proceedings** |
| | ) | |
| **MATTHEW M. MOTIL** | ) | **Case No.   22-10571** |
| | ) | |
| | ) | |
| **Debtor(s)** | ) | **Judge:  ARTHUR I. HARRIS** |
| | ) | |
| | ) | |

## MOTION FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES WITH NOTICE TO CREDITORS AND NOTICE OF OPPORTUNITY TO OBJECT

Now comes Trustee Virgil E. Brown, Jr., by and through counsel, and pursuant to Bankruptcy Rules 6004(c), 2002(a),(c),(1) and 11.U.S.C. §363(b) and (f), respectfully moves this Honorable Court for an Order authorizing the Trustee to sell the Estate's interest in the following described property, free and clear of all liens, claims and encumbrances:

> Debtor's interest in items of jewelry including a watch.

There are believed to be no mortgages, encumbrances or liens against said property.

It would be in the best interest of this Estate to sell the said property at public or private sale, free and clear of all liens, claims, encumbrances or other interests of any creditors or other parties in interest in this Estate at the earliest practicable time.

The attached Purchase Agreement is the highest and best offer now available to the Estate.  The purchase price is $9,000.00.



August 31, 2022

Virgil E. Brown, Jr.

4070 Mayfield Road

South Euclid, OH 44121

Price to purchase Rolex Sea-Dweller, reference 116660, serial number G906980, would be $9,000.00.

The shipping cost to send the above watch to the final buyer is $75.00.

Thank you,

Jessica Greenberg

5470 MAYFIELD ROAD    LYNDHURST, OHIO 44124    (440) 461-4464    FAX (440) 461-4902
WWW.IMGJEWELERS.COM

**WHEREFORE,** Movant prays that this Court grant this Motion for Authority to Sell and enter its Order pursuant to 11 U.S.C. §363(b) and §363(f) as follows:

1. Authorizing and directing this Movant to sell the Estate's interest in the subject property, to accept, implement and complete the purchase agreement, to retain and pay an escrow agent and the usual and customary escrow and closing costs, fees and expenses free and clear of all liens, encumbrances, claims, and interest,.

2. Requiring that the creditors and all parties in interest served with this Motion set forth Their interests, if any, in and to said real property of this Estate or be forever barred from asserting same;

3. Providing that any claims which may be asserted or which may be assertable be ordered transferred to the proceeds of sale pending subsequent judicial determination as to validity and priority, subject to the actual and necessary costs of administration as may be approved by this Court; and

4. For such other and additional relief as may be just an equitable.

Respectfully submitted,


/s/ Virgil E. Brown, Mr.
Virgil E. Brown, Jr.
Attorney for the Trustee
4070 Mayfield Road
Cleveland, Ohio 44121
(216) 851-3304 (phone)
(216) 851-2900 (fax)
Email: virgil@vebtrustee.com

## CERTIFICATION OF SERVICE

A copy of the foregoing Motion was served by regular U. S. Mail, postage prepaid, this $14$ day of October, 2022, to the following:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

U. S. Trustee at registered address@usdoj.gov

Thomas W. Coffey, Esq., at tcoffey@tcoffeylaw.com

And by regular U. S. mail postage prepaid on:

All parties on attached Exhibit.

//s/ Virgil E. Brown, Mr.
Virgil E. Brown, Jr.
Attorney for the Trustee
4070 Mayfield Road
Cleveland, Ohio 44121
(216) 851-3304 (phone)
(216) 851-2900 (fax)
Email: virgil@vebtrustee.com

Label Matrix for local noticing
0647-1
Case 22-10571-aih
Northern District of Ohio
Cleveland
Fri Oct 14 15:43:17 EDT 2022

1520 Ventures Inc. Solo 401(k), Peter Linsky
c/o Jody M. Oster, Esq.
1391 W. Fifth Avenue
Suite 433
Columbus, OH 43212-2902

American Express National Bank
c/o Zwicker & Associates, PC
80 Minuteman Road
PO Box 9043
Andover, MA 01810-0943

Pearce Holdings, LLC
c/o Jody M. Oster, Esq.
1391 W. Fifth Avenue
Suite 433
Columbus, OH 43212-2902

Specialized IRA Services FBO Kim Linsky Roth
c/o Jody M. Oster, Esq.
1391 W. Fifth Avenue
Suite 433
Columbus, OH 43212-2902

Specialized IRA Services FBO Nathan Horner
c/o Jody M. Oster, Esq.
1391 W. Fifth Avenue
Suite 433
Columbus, OH 43212-2902

Specialized IRA Services FBO Peter Linsky Ro
c/o Jody M. Oster, Esq.
1391 W. Fifth Avenue
Suite 433
Columbus, OH 43212-2902

Specialized Trust Company Custodian FBO Amy
c/o Jody M. Oster, Esq.
1391 W. Fifth Avenue
Suite 433
Columbus, OH 43212-2902

Specialized Trust Company Custodian FBO Pete
c/o Jody M. Oster, Esq.
1391 W. Fifth Avenue
Suite 433
Columbus, OH 43212-2902

Howard M. Metzenbaum U.S. Courthouse
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114-1235

3rd Party Management, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

668 Atrium, LLC
4420 Sherwin Road
Willoughby, OH 44094-7994

ALV Cleveland LLC
c/o NS Equity Cleveland LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

ALV Cleveland, LLC
c/c NS Equity Cleveland
28475 Lorain Road #595
North Olmsted, OH 44070-6725

ALV Cleveland, LLC
c/o NS Equity Cleveland
28475 Lorain Road # 595
North Olmsted, OH 44070-6725

ALV Twinsburg, LLC
c/o NS Equity Cleveland, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

Ace & Deuce (P. DuChamp)
1900 N Auburn St
Indianapolis, IN 46224-5715

Adam Niec
5145 Brecksville Road, Suite 305
Richfield, OH 44286-9250

Alpha Legend Ventures, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

Alpha Thread Worx, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

Amber N. Ashba, Esq.
Ashba Law LLC
1436 Church and State Way #901
Cleveland, OH 44113-6409

American Express
World Financial Center
200 Vesey Street
New York, NY 10285-1000

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Amy Horner IRA
6162 Brighton Ln
Milton, FL 32570-7789

Ashley Igney
56304 Sylvan Meadows LN
Bristol, IN 46507-9191

Attorney Gen'l of United States-Tax
U.S. Dept of Justice-Tax Division
P.O. Box 55 Ben Franklin Station
Washington, DC 20044-0055

BUYCLE 150 LLC
c/o NS Equity Cleveland
28475 Lorain Road #595
North Olmsted, OH 44070-6725

BUYCLE 150, LLC
c/c NS Equity Cleveland LLC
28475 Lorain Road # 595
North Olmsted, OH 44070-6725

BUYCLE 158, LLC
c/o NS Equity Cleveland, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

BUYCLE 175, LLC
c/o NS Equity Cleveland
28475 Lorain Road #595
North Olmsted, OH 44070-6725

BUYCLE 175, LLC
c/o NS Equity Cleveland, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

BUYCLE 176, LLC
c/o NS Equity Cleveland, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

Bluestone Commercials, LLC
6545 Market Avenue North Suite 100
Canton, OH 44721-2430


Brandon Pearce
c/o Attorneys Ryan L. Thomas
Donnell & Thomas Law, LLC
503 S. Front Street, Suite 250
Columbus, OH 43215-5676

Brian Bonetta
3293 Old Chisam Road, Apt 1B
Florence, AL 35630-7002

Brian Niec
4541 Glen Eagle Dr
Brecksville, OH 44141-2933


Bridge Loan Venture V Trust 2017-1
600 Travis Street
6900 JP Morgan Chase Tower
Houston, TX 77002

Bryan D. Thomas
490 City Park Avenue
Columbus, OH 43215-5780

Bryan Thomas
490 City Park Avenue
Columbus 43215-5780


CLE Bros Coffee, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

Cecelia Arnulphi
c/o Webb City Properties, LLC)
14 Macintosh Ln
Ashland, MA 01721-1806

Chad D. Cooper, Esq.
Ulmer & Berne LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113-1406


Cheryl Lentz
540 Arlington Lane
Grayslake, IL 60030-3708

Christa Heckman
Zashin & Rich
950 Main Avenue, 4th Floor
Cleveland, OH 44113-7215

Cleveland Cavaliers
1 Center Court
Cleveland, OH 44115-4001


Constance C. Linsky
c/o Jody M. Oster
1391 W. Fifth Avenue, Suite 433
Columbus, OH 43212-2902

Daniel A. Cox, Esq.
Wood + Lamping
600 Vine Street Suite 2500
Cincinnati, OH 45202-2491

Daniel Flores
c/o SD Home Pathway LLC
Fairfield, CA 94534


Danielle Hansen
12970 Simsbury Terrace
Fort Myers, FL 33913-8428

Dave Fannin
2939 Crockett St Apt 4565
Fort Worth, TX 76107-2988

David Dvorin
30195 Chagrin Blvd Suite 300
Cleveland, OH 44124-5703


David M. Dvorin, Esq.
Lieberman, Dvorin & Dowd, LLC
30195 Chagrin Blvd, Suite 300
Cleveland, OH 44124-5703

Donald Jarecki
10825 Fence Row Dr.
Strongsville, OH 44149-2111

Drew Schafer
132 Vista Court
North Olmsted, OH 44070-5701


Drew Schafer
2174 Halfway Road
Monroeville, OH 44847-9703

Eric Van Airsdale
690 Madison Avenue
Aurora, OH 44202-5610

Evan T. Byron, Esq.
Kaufman, Drozdowski & Grendell LLC
29525 Chagrin Blvd. Suite 250
Beachwood, OH 44122-4651


Forge Trust Co and Eric Chase
401 East 8th Street, Suite 222
Sioux Falls, SD 57103-7008

Grove Capital, LLC
9409 Robinhood Circle
Westerville, OH 43082-8224

Herbert J. Kramer
Kramer Legal Services LLC
P.O. Box 771
Gates Mills, OH 44040-0771

Hunter G. Cavell
30625 Solon Road, Suite C
Solon, OH 44139-3473

INVCLE150, LLC
c/o/ North Shore Equity Sales, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

IRA Services Trust Co.
2710 Orchard Knob Drive
Atlanta, GA 30339-4625

Internal Revenue Service-CLE
Insolvency Group 6
1240 East Ninth Street Room 493
Cleveland, OH 44199-9904

James Scandola
c/o Quest Trust
17171 Park Row, Suite 100
Houston, TX 77084-4935

James Schultz
957 Pewter Rock
Lakewood, NY 14750-9689

Jenika Group, Inc.
P.O. Box 278232
Sacramento, CA 95827-8232

Joel Fine
EPSP 401K
821 Laughing Dog Ct
Leander, TX 78641-4407

Kara Douthett
3672 Tallman Ave SE
Grand Rapids, MI 49508-5544

Kayla Voller
10058 Stevern Lane
Parker, CO 80134-3617

Kevin Saunders
Brennan Manna & Diamond, LLC
200 Public Square, Suite 3270
Cleveland, OH 44114-2315

Kim Linsky Roth IRA
9030 Woodrun Road
Pensacola, FL 32514-5515

Kyle Bryant
10859 N. State Road 267
Brownsburg, IN 46112-9296

Kyle Collette
34 W Kanawha Ave
Columbus, OH 43214-1461

Lincoln Auto Financial Services
P.O. Box 62180
Colorado Springs, CO 80962-2180

Lori Rehn
403 Fort Ranch Road
Georgetown, TX 78633-4489

Lou-Ann Krause and Mark D'Olimpio
35 Vinton Road
Sturbridge, MA 01566-1201

Mark Holder
c/o McPherson Investments
302 North Starfish Court
Hampton, VA 23669-5212

Mark Roberson
c/o Specialized Trust
6100 Indian School Road NE, Suite 2
Albuquerque, NM 87110-4180

Marshall Lowy
c/o Lowy Consulting, LLC
8042 Bienville Dr.
Nashville, TN 37211-7537

Matt Stine
1651 Guildford Lane
York, PA 17404-9079

Matt Stine
Specialized
1651 Guildford Lane
York, PA 17404-9079

Mercedes Benz Financial
P.O. Box 685
Roanoke, TX 76262-0685

Michael Brian Hickey
2100 Prairie Dog Drive
Wake Forest, NC 27587-3818

Michael Ely
240 Inwood Blvd
Avon Lake, OH 44012-1552

Michael Volkerding
114 Royal Troon Drive
Cibolo, TX 78108-3295

Mike Hickey
2100 Prairie Dog Drive
Wake Forest, NC 27587-3818

Mike Motil
834 Fairway Vista Drive
Santa Maria, CA 93455-1516

Mike Rodriguez
Grove Capital
c/o Attorney Bryan D. Thomas
490 City Park Avenue
Columbus, OH 43215-5780

Misty Weir
466 Foxtrail Circle East
Westerville, OH 43081-2849

Motil Capital, LLC
4859 Dover Center Road, Suite 11
North Olmsted, OH 44070-3191

NS Cleveland LLC
28475 Lorain Road
North Olmsted, OH 44070-4056

NS Equity Cleveland
28475 Lorain Road #595
North Olmsted, OH 44070-6725

NS Equity Cleveland LLC
28475 Lorain Road # 595
North Olmsted, OH 44070-6725

NS Equity Cleveland, LLC
c/o NS Equity Cleveland, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

NSEM Mansfield 1, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

NSEM Mansfield 1, LLC
c/o NS Equity Cleveland, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

NSEM Mansfield 2, LLC
28475 Lorain Road, #595
North Olmsted, OH 44070-6725

NSEM Mansfield 2, LLC
c/o NS Equity Cleveland JJC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

Nathan Horner
6162 Brighton Ln
Milton, FL 32570-7789

Nathaniel R. Sinn, Esq.
950 Main Avenue Suite 500
Cleveland, OH 44113-7206

Nathaniel R. Sinn, Esq.
Porter Wright Morris & Arthur
950 Main Ave. Suite 500
Cleveland, OH 44113-7206

Nelnet
PO Box 82561
Lincoln, NE 68501-2561

Nicholas Vento, Esq.
1375 East Ninth Street, Suite 900
Cleveland, OH 44114-1724

Nick Mannochio
2913 Wigeon Way Apt 104
Coventry Township, OH 44319-5737

North Shore Equity Management, LLC
c/o CFD Service Company, Inc.
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114-1501

Ohio Attoney General
Collect Enforce Section-Bankruptcy
150 Gay Street Floor 21
Columbus, OH 43215-3191

Perry Unruh
P.O. Box 203
Grant, NE 69140-0203

Pete Linsky
9030 Woodrun Road
Pensacola, FL 32514-5515

Peter Maguire
151 Flowing Creek Circle
Kanata, Ontario K2M-OK2

Phil Douthett
3672 Tallman Ave SE
Grand Rapids, MI 49508-5544

Phil DuChamp
1900 N. Auburn St
Indianapolis, IN 46224-5715

R. Deane Linsky
c/o Jody M. Oster
1391 West Fifth Avenue, Suite 433
Columbus, OH 43212-2902

R. Deane and Constance Linsky
5 E Walnut Street
Shillington, PA 19607-2619

R. Scott Heasley, Esq.
Meyers Roman LLC
28601 Chagrin Blvd., Suite 600
Beachwood, OH 44122-4557

Randall Ty DuBreuil
P.O. Box 142
Littleton, MA 01460-0142

Ray Cattaneo
606 N. Central Expressway
Allen, Texas 75013-1535

Richard Bain, Esq.
Meyers Roman Friedburg & Lewis
28601 Chagrin Blvd Suite 600
Beachwood, OH 44122-4557

Robert Brooks Hines
1327 BELLEAIRE CIR
Orlando, FL 32804-6705

Robert Giallombardo, Esq.
Securities & Exchange Commission
100 F Street NE
Washington, DC 20549-2001

Robert Hines
1327 Belleaire Circle
Orlando, FL 32804-6705

Ryan L. Thomas
503 S. Front Street Suite 250
Columbus, OH 43215-5676

Ryan Maider
1007 W Mohawk Ave
Tampa, FL 33603-1212

Scott Senseny
Jimco
5115 Herman Ave #2
Cleveland, OH 44102-2233

Sharestates Investments DACL, LLC
11 Middle Neck Road, Unit 400A
Great Neck, NY 11021-2310

Special IRA Serv. FBO Nathan Horner
c/o Jody M. Oster
1391 West Fifth Avenue Suite 433
Columbus, OH 43212-2902

Stephen M. Bales, Esq.
Ziegler Metzger LLP
1111 Superior Avenue Suite 1000
Cleveland, OH 44114-2568

TTV's First, LLC
6755 Mentor Avenue
Mentor, OH 44060

TTV's Second LLC
7655 Mentor Ave.
Mentor, OH 44060-5409

Tesla Lease Trust
12832 Frontrunner Boulevard
Suite
Draper, UT 84020-5491

Titus Donnell
Donnell & Thomas Law, LLC
503 South Front Street Suite 250
Columbus, OH 43215-5676

Toby Oliver
c/o Attorney R. Kevin Saunders
Brennan, Manna & Diamond, LLC
200 Public Square, Suite 3270
Cleveland, OH 44114-2315

Todd Killian
789 Old Farm Road
Columbus, OH 43213-2670

Todd Killian
Frambies 401k
789 Old Farm Road
Columbus, OH 43213-2670

Todd Killian Traditional IRA
789 Old Farm Rd
Columbus, OH 43213-2670

Trinity Capital Management, LLC
28475 Lorain Road # 595
North Olmsted, OH 44070-6725

Troy Malone
8709 N Dana Ave
Portland, OR 97203-3609

Ty Team 401k
P.O. Box 142
Littleton, MA 01460-0142

U.S. Attorney General
Main Justice Bldg
10th and Constitution Ave NW
Washington, DC 20530-0001

U.S. Attorney N.D. Ohio
Attn: Bankruptcy Section
801 W. Superior Avenue 400
Cleveland, OH 44113-1852

U.S. SEC
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-2001

US Department of Education c/o Nelnet
121 South 13th Street
Lincoln, NE 68508-1904

United Collection Bureau Inc.
5620 Southwyck Blvd.
Toledo, OH 43614-1501

William Gates JR
815 S Everett High Rd
Maryville, TN 37804-4249

ZIP Mgmt
c/o Phil DuChamp
1900 N. Auburn St
Indianapolis, IN 46224-5715

Zachary Burkons
2769 Commercial Road #2
Cleveland, OH 44113-2546

Zachary Burkons, Receiver
Rent Due, LLC
2769 Commercial Road #2
Cleveland, OH 44113-2546

Andrew R. Vara
Office of the U.S. Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue East Suite 441
Cleveland, OH 44114-1234

Brian Bonetta
2108 Palomino Drive
Chandler, AZ 85224-2115

Constance Linsky
c/o Jody M. Oster, Esq.
1391 W. Fifth Avenue
Suite 433
Columbus, OH 43212-2902

Kenneth Lynch
2710 Orchard Knob Dr.
Atlanta, GA 30339-4625

Matthew M. Motil
7011 Chadbourne Drive
North Olmsted, OH 44070-5045

Nathan Shawn Horner
c/o Jody M. Oster, Esq.
1391 W. Fifth Avenue
Suite 433
Columbus, OH 43212-2902

Peter Linsky
c/o Jody M. Oster, Esq.
1391 W. Fifth Avenue
Suite 433
Columbus, OH 43212-2902

R. Deane Linsky
c/o Jody M. Oster, Esq.
1391 W. Fifth Avenue
Suite 433
Columbus, OH 43212-2902

Thomas W. Coffey
Coffey Law LLC
2430 Tremont Avenue front
Cleveland, OH 44113-4635

Virgil E. Brown Jr.
4070 Mayfield Road
Cleveland, OH 44121-3036


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Ace and Deuce Capital, LLC

(u)Bridge Loan Venture V Trust 2017-1

(u)FIG as Custodian for FIG OH18 and Secured


(u)Sharestates Investments DACL, LLC

(u)U.S. Bank Trust National Association, not

(u)Zip Management Ohio, LLC


(d)Chad D. Cooper, Esq.
Ulmer & Berne, LLP
1660 W. 2nd Street, Suite 1100
Cleveland, OH 44113-1406

(d)Daniel A. Cox, Esq.
Wood + Lamping LLP
600 Vine Street Suite 2500
Cincinnati, OH 45202-2491

(d)NS Equity Cleveland, LLC
28475 Lorain Road #595
North Olmsted, OH 44070-6725

(u)NSEM Mansfield 2, LLC
28475 Lorain Road #595

(u)Raymond Catteneo

(u)US Bank Trust NA

(u)Danielle Hansen

(u)Kayla Voller

(d)Lori Rehn
403 Fort Ranch Road
Georgetown, TX 78633-4489

(d)Mike Motil
834 Fairway Vista Drive
Santa Maria, CA 93455-1516

(u)Ray Cattaneo

(u)Toby Oliver