The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 31, 2022, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: October 31, 2022



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NUMBER: 22-10571 |
| | ) | |
| MATTHEW M. MOTIL | ) | Chapter 7 |
| | ) | |
| | ) | Judge: Arthur I. Harris |
| | ) | |
| Debtor | ) | |
| | ) | ORDER AUTHORIZING TRUSTEE |
| | ) | TO EMPLOY COUNSEL |
| | ) | FOR THE ESTATE |

Upon consideration thereof the Court finds the Motion well taken, that Virgil E. Brown, Jr., is a disinterested person in these proceedings, as that term is defined in 11 U. S. C. § 101 (14), qualified to act as Special Counsel in this matter and that pursuant to 11 U. S. C. § 327 (a), authorizing the Trustee to employ the firm, to serve as the Attorney in these proceedings would be in the best interest of the within Estate.

A professional may not be compensated for performing those services that are statutory duties of the Trustee as specified in 11 U.S.C. §704. *In re J. W. Knapp Co.* 930 F.2d 386 (4th Cir. 1991); *In re Riker Industries, Inc.,* 122 B. R. 964 (Bankr. N.D. Ohio 1990). A professional's compensation is further limited by 11 U.S.C. § 328.

**IT IS THEREFORE ORDERED** that in accordance with the above, the Application of the Trustee herein is granted, and that Virgil E. Brown, Jr., is hereby authorized to serve retroactively to the date of the filing of the Trustee's Application as Special Counsel in these proceedings at a cost not to exceed his current rate for the aforesaid work, presently $300.00 per hour from the net collected.

# # #

Submitted by:

/s/Virgil E. Brown, Jr.
Virgil E. Brown, Jr. (0003675)
Trustee in Bankruptcy
4070 Mayfield Road
Cleveland, Ohio 44121
(216) 851-3304
virgil@vebtrustee.com

## CERTIFICATION OF SERVICE

A true and correct copy of the foregoing Order to Employ was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List.

United States Trustee at registeredaddress@doj.gov

And by regular U. S. Mail, postage prepaid on:

/s/Virgil E. Brown, Jr.
Virgil E. Brown, Jr. (0003675)
Trustee
4070 Mayfield Road
Cleveland, Ohio 44121
(216) 851-3304
virgil@vebtrustee.com