The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 16, 2022, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: November 16, 2022



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.   22-10571 |
| | ) | |
| MATTHEW M. MOTIL | ) | Judge:   ARTHUR I. HARRIS |
| | ) | |
| | ) | CHAPTER 7 Proceedings |
| Debtor(s) | ) | |
| | ) | ORDER GRANTING TRUSTEE'S |
| | ) | MOTION FOR AUTHORITY TO SELL |
| | ) | PROPERTY FREE AND CLEAR OF |
| | ) | LIENS OR OTHER INTERESTS |

This cause came on for consideration upon the Trustee's Motion filed on or about October 14, 2022. The Trustee states all necessary parties were given due notice of the hearing and Motion. No responses or objections were filed and none were presented to the Court.

The Court finds the Trustee has alleged in his Motion that good cause exists for granting such Motion and it appears appropriate to grant such relief.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Trustee's Motion for Authority To Sell Property Free and Clear of Liens, Claims and Encumbrances with Notice to Creditor and Notice of Opportunity to Object is hereby granted and Trustee is authorized to proceed with the sale or auction of the subject property, items of jewelry including a watch, transfer the Estate's title and interest, complete the escrow and pay the usual and customary costs of sale and escrow including the broker or auctioneer fees and expenses, complete and execute other documents as needed that are needed or convenient to completing the sale and to accept the offer from the highest and best responding entity, IMG Jewelers, 5470 Mayfield Road, Lyndhurst, Ohio 44124.

# # #

Submitted by,

/s/ Virgil E. Brown, Jr.
Virgil E. Brown, Jr. (0003675)
Attorney for the Trustee
4070 Mayfield Road
Cleveland, Ohio 44121
(216) 851-3304 (phone)
(216) 851-2900 (fax)

## CERTIFICATE OF SERVICE

A copy of the foregoing Order was mailed or served electronically to:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Thomas W. Coffey, Esq., at tcoffey@tcoffeylaw.com

And by regular U. S. mail postage prepaid on:

Matthew M. Motil
7011 Chadbourne Drive
North Olmsted, Ohio 44070