The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 16, 2022, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: November 16, 2022



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: )
 )
MOTIL, MATTHEW W. ) Case No. 22-10571
 )
        Debtor(s) ) Judge: ARTHUR I. HARRIS
 )
 ) ORDER GRANTING APPLICATION
 ) TO DEFER FEES

This cause came on before the Court upon the application of the Trustee herein, for an Order deferring the payment of fees.

Upon consideration thereof the Court finds the Application is well taken.

IT IS THEREFORE ORDERED that the Application of the Trustee is herein granted, and that payment of fees assessed for the Motion to Sell Property is deferred until the sale of the property is completed. It is further ordered when the sale of property is completed, the fees will be paid out of the proceeds of the sale at the same time as payment of other costs, expenses and distributions to creditors.

# # #

Submitted by:

/s/ Virgil E. Brown, Jr.
Virgil E. Brown, Jr. (0003675)
Chapter 7 Trustee
4070 Mayfield Road
Cleveland, Ohio 44121
216-851-3304 Telephone
216-851-2900 Fax
Email: virgil@vebtrustee.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Order was served via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

U. S. Trustee at registered address@usdoj.gov

And by regular U. S. Mail, postage pre-paid, to following and parties in interest.