## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

In Re:                          *       Case No.       22-10571
                                         Judge Arthur J. Harris
Matthew M. Motil               *       Chapter 7 Proceeding

                                *

       Debtors          *

     *          *                    *

## <u>NOTICE OF</u>

Ray Cattaneo and Lori Rehn have filed papers with the Court to

Extend the Time to Object to the Discharge of the Debtor under Bankruptcy Rule

4004(b)(2).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the Motion to Extend the Time to Object to the Discharge of the Debtor, or if you want the court to consider your views on the Motion then on or before **March 7, 2023**, you or your attorney must:

File with the Court a written request for a hearing at:

Bankruptcy Clerk
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114-1235

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

And attend the hearing scheduled to be held on **March 14, 2023 at 10:00 A.M.** before Honorable Arthur I. Harris in Courtroom 1A, Howard A. Metzenbaum United States Court House, 201 Superior Avenue, Cleveland, Ohio 44114.

You must also send a copy to:

Eric R. Neuman
1107 Adams Street
Toledo, Ohio 43624

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion of Ray Cattaneo and Lori Rehn to Extend the Time to Object to the Debtor's Discharge and may enter an order granting the relief.

/s/Eric R. Neuman
Eric R. Neuman
1105 Adams Street
Toledo, OH 43604
(419) 244-8500
(419) 238-4705
Eric@drlaw..comc

## CERTIFICATION

I, Eric Neuman, do hereby certify that a copy of the Motion to Extend Time to Object to the Debtor's Discharge and this Notice was sent this 17th day of February 2023, to the list of creditors and/or interested parties listed below.

/s/Eric R. Neuman
Eric R. Neuman

**Notice will be electronically mailed to:**

- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Scott R. Belhorn    Scott.R.Belhorn@usdoj.gov
- Virgil E. Brown    virgil@vebtrustee.com
- Virgil E. Brown    virgil@vebtrustee.com, vbrownjr@ecf.axosfs.com
- Evan T. Byron    etb@kdglegal.com, hlb@kdglegal.com
- Hunter G. Cavell    hcavell@cavelllaw.com
- Thomas W. Coffey    tcoffey@tcoffeylaw.com
- Daniel A. Cox    bankruptcy@woodlamping.com, dacox@woodlamping.com
- Matthew R. Duncan    mrduncan@bmdllc.com, smjakuszewski@bmdllc.com
- Brian J. Green    bgreen@shaperolaw.com
- Herbert J. Kramer    hjklegal@gmail.com

- Eric R. Neuman    eric@drlawllc.com,
  kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;lean
  ne@drlawllc.com;cara@drlawllc.com
- David M. Neumann    dneumann@meyersroman.com,
  jray@meyersroman.com;mnowak@meyersroman.com
- Jody Michelle Oster    jodymoster@gmail.com
- United States Trustee    (Registered address)@usdoj.gov

  Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

**Notice will be mailed to:**


American Express National Bank
c/o Zwicker & Associates, PC
80 Minuteman Road
PO Box 9043
Andover, MA 01810-1041

Mike Motil
834 Fairway Vista Drive
Santa Maria, CA 93455