UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10571 |
| | ) | |
| Matthew M. Motil | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Arthur I. Harris |
| | ) | |
| | ) | |
| Andrew R. Vara | ) | Adversary Proceeding No. 22-1084 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DEPOSITION** |
| | ) | |
| v. | ) | |
| | ) | |
| Matthew M. Motil, | ) | |
| | ) | |
| Defendant. | ) | |

**PLEASE TAKE NOTICE** that Defendant Matthew M. Motil, through his undersigned counsel, will take the deposition of Catherine S. Lowman on March 15, 2023, at 2:00 p.m. Eastern Time in person at the H.M. Metzenbaum U.S. Courthouse, Sixth Floor, located at 201 Superior Avenue East in Cleveland, Ohio, 44114, pursuant to the agreement of the parties.

Respectfully submitted,

/s/ Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law, LLC
2430 Tremont Avenue
Cleveland, Ohio 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Deposition was served on Scott R. Belhorn and all other counsel of record in this case through the Court's electronic filing system on February 23, 2023.

                                                          /s/ Thomas W. Coffey
                                                          Thomas W. Coffey (0048677)