The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on June 13, 2023, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: June 13, 2023



Arthur I. Harris
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | Chapter 7 |
| MATTHEW M. MOTIL, Debtor. | Case No. 22-10571 |
| | Judge Arthur I. Harris |
| ANDREW R. VARA United States Trustee, Plaintiff, | Adversary Proceeding No. 22-1084 |
| v. | |
| MATTHEW M. MOTIL Defendant. | |

## JUDGMENT

For the reasons stated in the separate Memorandum of Opinion, the Court enters judgment in favor of the U.S Trustee and against the debtor Matthew M. Motil, denying the debtor a discharge under § 727(a)(2) and (a)(4) of the Bankruptcy Code. Each party shall bear its own costs and attorney's fees.

IT IS SO ORDERED.