UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S): Matthew M. Motil

CASE NO.: 22-10571-skk

JUDGE: Suzana Krstevski Koch

NAME OF PARTY TO BE CHANGED: Brian Bonetta

FORMER ADDRESS: 2108 W Palomino Drive Chandler, AZ 85224

NEW ADDRESS: 4134 W Linger Lane Phoenix, AZ 85051

HOW NOTIFIED:

PHONE CALL (✓)

AT COUNTER ( )

AT 341 MEETING ( )

NOTIFIED BY WHOM:

BANKRUPT ( )

ATTY. FOR BANKRUPT ( )

OTHER (✓)

DATE: 24 January 2024

SIGNATURE: Brian Bonetta