| Case No: | 22-10571 SKK Judge: SUZANA KRSTEVSKI KOCH | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|
| Case Name: | MOTIL, MATTHEW M. | Date Filed (f) or Converted (c): | 03/07/22 (f) |
| | | 341(a) Meeting Date: | 04/04/22 |
| For Period Ending: | 03/31/24 | Claims Bar Date: | 01/09/23 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's interest in household goods and furnishin | 11,000.00 | 0.00 | | 0.00 | FA |
| 2. Personal computers, telephones, and related equipm | Unknown | 0.00 | | 0.00 | FA |
| 3. Three Nine mm pistols: Taurus PT 1911 ($250.00); G | 900.00 | 0.00 | | 0.00 | FA |
| 4. Ordinary men's clothing | Unknown | 0.00 | | 0.00 | FA |
| 5. Wedding ring and other jewelry | 0.00 | 9,000.00 | | 9,000.00 | FA |
| 6. Dog, mixed breed | 100.00 | 0.00 | | 0.00 | FA |
| 7. Personal and household items owned by Debtor | Unknown | 0.00 | | 0.00 | FA |
| 8. Cash | 500.00 | 0.00 | | 0.00 | FA |
| 9. Chase Bank | Unknown | 0.00 | | 0.00 | FA |
| 10. Chase Bank | Unknown | 0.00 | | 0.00 | FA |
| 11. ALV Cleveland, LLC | 0.00 | 0.00 | | 0.00 | 1.00 |
| 12. NS Equity Cleveland, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 13. North Shore Equity Sales, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 14. BUYCLE 158, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 15. BUYCLE 175, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 16. BUYCLE 176, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 17. INVCLE150, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 18. NSEM Management 1, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 19. NSEM Mansfield 2, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 20. Motil Capital, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 21. Alpha Legend Ventures, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 22. Trinity Capiyal Management, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 23. Alpha Thread Worx, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 24. 3rd Party Management, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 25. CLE Bros Coffee, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 26. ALV Twinsburg, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |

| Case No: | 22-10571 SKK Judge: SUZANA KRSTEVSKI KOCH | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|
| Case Name: | MOTIL, MATTHEW M. | Date Filed (f) or Converted (c): | 03/07/22 (f) |
| | | 341(a) Meeting Date: | 04/04/22 |
| | | Claims Bar Date: | 01/09/23 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. BUY CLE 100, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 28. DREMCUBED, LLC | Unknown | 1.00 | | 0.00 | 1.00 |
| 29. AXC Cleveland, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 30. AXC Twinsburg, LLC | 0.00 | 1.00 | | 0.00 | 1.00 |
| 31. Patent for Nutraceutical Formulation for Unblockin | Unknown | 0.00 | | 0.00 | FA |
| 32. Legal Malpractice Claim against Cavitch Familo & D | 200,000.00 | 0.00 | | 0.00 | 1.00 |
| 33. Breach of Contract claim against Ryan Stewman adn | 25,000.00 | 0.00 | | 0.00 | FA |
| 34. Counterclaim against Geoff DelGrosso based on conv | 40,000.00 | 40,000.00 | | 0.00 | 40,000.00 |
| 35. FORD F-150 (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| TOTALS (Excluding Unknown Values) | $277,500.00 | $49,020.00 | | $9,000.00 | Gross Value of Remaining Assets $40,022.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/1/24 our altty, scott norcross has prepared a draft agreement with debtor. we gave our comments. we are awaiting a final agreement to sign.

12/06/23 Offer from Debtor, We will review with counsel. Looks like $100,000..

10/23 atty scott norcross awaiting an offer from debtor atty.

Initial Projected Date of Final Report (TFR): 12/30/23     Current Projected Date of Final Report (TFR): 12/30/25

LFORM1                                                                                                                                                              Ver: 22.07k

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 22-10571 -SKK | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|
| Case Name: | MOTIL, MATTHEW M. | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******3466 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5958 | | | |
| For Period Ending: | 03/31/24 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/22 | | IMG Jewelrs | Rolex watch | | 8,925.00 | | 8,925.00 |
| | 5 | MOTIL, MATTHEW M. | Memo Amount: 9,000.00 | 1129-000 | | | |
| | | | Rolex watch | | | | |
| | | MOTIL, MATTHEW M. | Memo Amount: ( 75.00 ) | 2990-000 | | | |
| | | | Delivery | | | | |
| 01/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.54 | 8,915.46 |
| 02/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.84 | 8,905.62 |
| 03/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 8.88 | 8,896.74 |
| 04/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.82 | 8,886.92 |
| 05/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.50 | 8,877.42 |
| 06/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.80 | 8,867.62 |
| 07/03/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.47 | 8,858.15 |
| 08/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.78 | 8,848.37 |
| 09/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.77 | 8,838.60 |
| 10/02/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.44 | 8,829.16 |
| 11/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.75 | 8,819.41 |
| 12/01/23 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.42 | 8,809.99 |
| 12/27/23 | 002001 | Insurance Partners Agency LLC | BOND PREMIUM | 2300-000 | | 11.28 | 8,798.71 |
| | | P O Box 72500 | | | | | |
| | | Cleveland, Ohio 44192 | | | | | |
| 01/02/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.73 | 8,788.98 |
| 02/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.71 | 8,779.27 |
| 03/01/24 | | Axos Bank | BANK SERVICE FEE | 2600-000 | | 9.07 | 8,770.20 |

Page Subtotals    8,925.00    154.80

LFORM24

Ver: 22.07k

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 22-10571 -SKK |
| Case Name: | MOTIL, MATTHEW M. |
| Taxpayer ID No: | *******5958 |
| For Period Ending: | 03/31/24 |

| | |
|---|---|
| Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******3466 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 1,337,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 9,000.00 | COLUMN TOTALS | | 8,925.00 | 154.80 | 8,770.20 |
| Memo Allocation Disbursements: | 75.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 8,925.00 | 154.80 | |
| Memo Allocation Net: | 8,925.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 8,925.00 | 154.80 | |

| | | | | | |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 9,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 75.00 | Checking Account (Non-Interest Earn - *******3466 | 8,925.00 | 154.80 | 8,770.20 |
| Total Memo Allocation Net: | 8,925.00 | | 8,925.00 | 154.80 | 8,770.20 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 22.07k

LFORM24