# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10571-(SKK) |
| | ) | |
| Matthew M. Motil, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Suzana Krstevski Koch |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

The undersigned hereby enters an appearance in this case on behalf of Andrew R. Vara, the United States Trustee for Regions 3 and 9.

Dated: May 6, 2024

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: */s/ Spencer H. Lutz*
Spencer H. Lutz (0101482)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522-8289
Fax: (216) 522-7193
Email: Spencer.Lutz@usdoj.gov

1

# Certificate of Service

I hereby certify that on May 6, 2024, a true and correct copy of *Notice of Appearance and Request for Notice* was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Austin B. Barnes    abarnes@sandhu-law.com, bk1notice@sandhu-law.com
- Scott R. Belhorn    Scott.R.Belhorn@usdoj.gov
- Virgil E. Brown    virgil@vebtrustee.com
- Virgil E. Brown    virgil@vebtrustee.com, vbrownjr@ecf.axosfs.com
- Evan T. Byron    etb@kdglegal.com, hlb@kdglegal.com
- Hunter G. Cavell    hcavell@cavelllaw.com
- Thomas W. Coffey    tcoffey@tcoffeylaw.com, nbeba@tcoffeylaw.com
- Daniel A. Cox    bankruptcy@woodlamping.com, dacox@woodlamping.com
- Matthew R. Duncan    mrduncan@bmdllc.com, smjakuszewski@bmdllc.com
- Scott D. Fink    ecfndoh@weltman.com
- Brian J. Green    bgreen@shaperolaw.com
- Herbert J. Kramer    hjklegal@gmail.com
- Eric R. Neuman    eric@drlawllc.com, kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;leanne@drlawllc.com;cara@drlawllc.com
- David M. Neumann    dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com
- Michael Ohara    mike@michaeloharaattorney.com
- Jody Michelle Oster    jodymoster@gmail.com
- United States Trustee    (Registered address)@usdoj.gov
- Scott R. Belhorn ust35    Scott.R.Belhorn@usdoj.gov

Via regular United States Mail, postage pre-paid:

American Express National Bank
c/o Zwicker & Associates, PC
80 Minuteman Road
PO Box 9043
Andover, MA 01810-1041

Matthew M. Motil
7011 Chadbourne Drive
North Olmsted, OH 44070

Mike Motil
834 Fairway Vista Drive
Santa Maria, CA 93455

By:    */s/ Spencer H. Lutz*
       Spencer H. Lutz

2