# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO.: 22-10571** |
| | ) | |
| MATTHEW M. MOTIL, | ) | **CHAPTER 7** |
| | ) | |
| Debtor. | ) | **JUDGE SUZANA KRSTEVSKI KOCH** |
| | ) | |
| | ) | **TRUSTEE VIRGIL E. BROWN JR.'S** |
| | ) | **WITHDRAWAL OF AMENDED MOTION** |

Virgil E. Brown, Jr., the Trustee is this matter, moves the Court to withdraw his *Amended Application for an Order to Employ Special Counsel to Pursue Claims on a Contingent Fee Basis* [Doc. 172]; his *Notice of Trustee's Amended Motion to Employ Counsel* [Doc. 173]; and his *Order Authorizing Trustee to Employ Special Counsel for the Estate*, all submitted to this Court on June 14, 2024.

Trustee Brown withdrawals these documents due to clerical errors in the filings and is correcting and refiling concurrently herewith.

                                                  Respectfully submitted,

Dated: June 19, 2023

                                                  */s/ Virgil E. Brown Jr.*
                                                  **VIRGIL E. BROWN JR. (0003675)**
                                                  4070 Mayfield Road
                                                  Cleveland, OH 44121
                                                  Virgil@vebtrustee.com

# CERTIFICATE OF SERVICE

       I hereby certify that on **June 19, 2024**, a copy of the foregoing *Withdrawal* was served via the Court's electronic filing system and/or email on these entities and individuals:

Austin B. Barnes, III abarnes@sandhu-law.com

Evan T. Byron etb@kdglegal.com

Hunter G. Cavell hcavell@cavelllaw.com

Thomas W. Coffey tcoffey@tcoffeylaw.com

Daniel A. Cox bankruptcy@woodlamping.com, dacox@woodlamping.com

Matthew R. Duncan mrduncan@bmdllc.com

Scott D. Fink ecfndoh@weltman.com

Brian J. Green bgreen@shaperolaw.com

Herbert J. Kramer hjklegal@gmail.com

Spencer Lutz spencer.lutz@usdoj.gov

Eric R. Neuman eric@drlawllc.com

David M. Neumann dneumann@meyersroman.com

Michael Ohara mike@michaeloharaattorney.com

Jody Michelle Oster jodymoster@gmail.com

Scott R. Belhorn ust35 Scott.R.Belhorn@usdoj.gov

United States Trustee (Registered Address)@usdoj.gov


                                      */s/ Virgil E. Brown Jr.*
                                      Virgil E. Brown, Jr. (0003675)