Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 22−10571−skk**

**In re:**
Matthew M. Motil
7011 Chadbourne Drive
North Olmsted, OH 44070

**Social Security No.:**
xxx−xx−3113

## NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
July 31, 2024 at 11:00 A.M.
before Judge Krstevski Koch

To consider and act upon the following matters:

Amended Motion Amended Application of Trustee for an Order to Employ Special Counsel to Pursue Claims on a Contingent Fee Basis Filed by Trustee Virgil E. Brown Jr.

**Dated:** July 12, 2024     For the Court
Form ohnb187     Josiah C. Sell, Clerk