In re:  Case No. 22-10571-skk
Matthew M. Motil  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: tpaol     Page 1 of 4
Date Rcvd: Jul 12, 2024     Form ID: 187     Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew M. Motil, 7011 Chadbourne Drive, North Olmsted, OH 44070-5045 |
| cr | + | 1520 Ventures Inc. Solo 401(k), Peter Linsky, Trus, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cl | + | Anthony Adams, 6455 Canal Trace, Burlington, KY 41005-6413 |
| cr | + | Constance Linsky, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Donald Jarecki, c/o Brian Green, 25101 Chagrin Blvd., Suite 220, Beachwood, Oh 44122-5656 |
| cr | + | Haywood Holder, McPerson Investments LLC, 302 North Starfish Court, Hampton, VA 23669-5212 |
| cr | + | Kenneth Lynch, 2710 Orchard Knob Dr., Atlanta, GA 30339-4625 |
| cr | + | Lori Rehn, 403 Fort Ranch Road, Georgetown, TX 78633-4489 |
| cr | + | Mike Motil, 834 Fairway Vista Drive, Santa Maria, CA 93455-1516 |
| cr | + | Nathan Shawn Horner, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Pearce Holdings, LLC, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Peter Linsky, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | R. Deane Linsky, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Specialized IRA Services FBO Kim Linsky Roth IRA, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Specialized IRA Services FBO Nathan Horner, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Specialized IRA Services FBO Peter Linsky Roth IRA, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Specialized Trust Company Custodian FBO Amy Horner, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |
| cr | + | Specialized Trust Company Custodian FBO Peter Lins, c/o Jody M. Oster, Esq., 1391 W. Fifth Avenue, Suite 433, Columbus, OH 43212-2902 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Jul 12 2024 20:27:00 | American Express National Bank, c/o Zwicker & Associates, PC, 80 Minuteman Road, PO Box 9043, Andover, MA 01810-0943 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2024 20:33:05 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ace and Deuce Capital, LLC |
| cr | | Bridge Loan Venture V Trust 2017-1 |
| cr | | Danielle Hansen |

| | | |
|---|---|---|
| cr | | FIG as Custodian for FIG OH18 and Secured Party |
| cr | | Kayla Voller |
| cr | | Ray Cattaneo |
| cr | | SCOTT SENSENY |
| cr | | Sharestates Investments DACL, LLC |
| cr | | Toby Oliver |
| cr | | U.S. Bank Trust National Association, not in its i |
| cr | | Zip Management Ohio, LLC |
| cr | ##+ | Brian Bonetta, 2108 Palomino Drive, Chandler, AZ 85224-2115 |

TOTAL: 11 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

**Name**            **Email Address**

Austin B. Barnes, III
on behalf of Creditor FIG as Custodian for FIG OH18 and Secured Party abarnes@sandhu-law.com  bk1notice@sandhu-law.com

Brian J. Green
on behalf of Creditor Donald Jarecki bgreen@shaperolaw.com

Daniel A. Cox
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2020-BPL1 bankruptcy@woodlamping.com, dacox@woodlamping.com

Daniel A. Cox
on behalf of Creditor Sharestates Investments DACL  LLC bankruptcy@woodlamping.com, dacox@woodlamping.com

Daniel A. Cox
on behalf of Creditor Bridge Loan Venture V Trust 2017-1 bankruptcy@woodlamping.com  dacox@woodlamping.com

David M. Neumann
on behalf of Plaintiff Lou-Ann Krause dneumann@meyersroman.com  docket@meyersroman.com;mnowak@meyersroman.com

David M. Neumann
on behalf of Creditor Zip Management Ohio  LLC dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com

David M. Neumann
on behalf of Creditor Ace and Deuce Capital  LLC dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com

David M. Neumann
on behalf of Plaintiff Mark D'Olimpio dneumann@meyersroman.com  docket@meyersroman.com;mnowak@meyersroman.com

David M. Neumann
on behalf of Plaintiff Zip Management Ohio  LLC dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com

David M. Neumann
on behalf of Plaintiff Ace Deuce Capital  LLC dneumann@meyersroman.com, docket@meyersroman.com;mnowak@meyersroman.com

Eric R. Neuman
on behalf of Creditor Lori Rehn eric@drlawllc.com

| | |
|---|---|
| | kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com |
| Eric R. Neuman | on behalf of Creditor Ray Cattaneo eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com |
| Eric R. Neuman | on behalf of Plaintiff Ray Cattaneo eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com |
| Eric R. Neuman | on behalf of Plaintiff Lori Rehn eric@drlawllc.com kim@drlawllc.com;r50765@notify.bestcase.com;raymond@drlawllc.com;jennifer@drlawllc.com |
| Evan T. Byron | on behalf of Plaintiff Kayla Voller etb@kdglegal.com hlb@kdglegal.com |
| Evan T. Byron | on behalf of Creditor Kayla Voller etb@kdglegal.com hlb@kdglegal.com |
| Herbert J. Kramer | on behalf of Plaintiff IRA Services Trust Company hjklegal@gmail.com |
| Herbert J. Kramer | on behalf of Creditor Kenneth Lynch hjklegal@gmail.com |
| Herbert J. Kramer | on behalf of Plaintiff Kenneth Lynch hjklegal@gmail.com |
| Hunter G. Cavell | on behalf of Creditor Brian Bonetta hcavell@cavelllaw.com |
| Hunter G. Cavell | on behalf of Plaintiff Brian Bonetta hcavell@cavelllaw.com |
| Jody Michelle Oster | on behalf of Creditor 1520 Ventures Inc. Solo 401(k) Peter Linsky, Trustee jodymoster@gmail.com |
| Jody Michelle Oster | on behalf of Creditor Specialized Trust Company Custodian FBO Amy Horner Roth IRA jodymoster@gmail.com |
| Jody Michelle Oster | on behalf of Creditor R. Deane Linsky jodymoster@gmail.com |
| Jody Michelle Oster | on behalf of Creditor Specialized IRA Services FBO Kim Linsky Roth IRA jodymoster@gmail.com |
| Jody Michelle Oster | on behalf of Creditor Specialized IRA Services FBO Peter Linsky Roth IRA jodymoster@gmail.com |
| Jody Michelle Oster | on behalf of Creditor Pearce Holdings LLC jodymoster@gmail.com |
| Jody Michelle Oster | on behalf of Creditor Specialized IRA Services FBO Nathan Horner jodymoster@gmail.com |
| Jody Michelle Oster | on behalf of Creditor Nathan Shawn Horner jodymoster@gmail.com |
| Jody Michelle Oster | on behalf of Creditor Peter Linsky jodymoster@gmail.com |
| Jody Michelle Oster | on behalf of Creditor Specialized Trust Company Custodian FBO Peter Linsky IRA jodymoster@gmail.com |
| Jody Michelle Oster | on behalf of Creditor Constance Linsky jodymoster@gmail.com |
| Matthew R. Duncan | on behalf of Plaintiff Toby Oliver mrduncan@bmdllc.com smjakuszewski@bmdllc.com |
| Matthew R. Duncan | on behalf of Creditor Danielle Hansen mrduncan@bmdllc.com smjakuszewski@bmdllc.com |
| Matthew R. Duncan | on behalf of Creditor Toby Oliver mrduncan@bmdllc.com smjakuszewski@bmdllc.com |
| Matthew R. Duncan | on behalf of Plaintiff Danielle Hansen mrduncan@bmdllc.com smjakuszewski@bmdllc.com |
| Michael Ohara | on behalf of Claimant Anthony Adams mike@michaeloharaattorney.com |

| | | |
|---|---|---|
| District/off: 0647-1 | User: tpaol | Page 4 of 4 |
| Date Rcvd: Jul 12, 2024 | Form ID: 187 | Total Noticed: 20 |

Paige M. Rabatin
    on behalf of Trustee Virgil E. Brown Jr. pmrabatin@bmdllc.com

Scott D. Fink
    on behalf of Creditor SCOTT SENSENY ecfndoh@weltman.com

Scott R. Belhorn
    on behalf of Plaintiff Andrew R. Vara Scott.R.Belhorn@usdoj.gov

Scott R. Belhorn ust35
    on behalf of U.S. Trustee Andrew R. Vara Scott.R.Belhorn@usdoj.gov

Scott R. Belhorn ust35
    on behalf of Plaintiff Andrew R. Vara Scott.R.Belhorn@usdoj.gov

Spencer Lutz
    on behalf of U.S. Trustee Andrew R. Vara spencer.lutz@usdoj.gov

Thomas W. Coffey
    on behalf of Defendant Matthew M. Motil tcoffey@tcoffeylaw.com nbeba@tcoffeylaw.com

Thomas W. Coffey
    on behalf of Debtor Matthew M. Motil tcoffey@tcoffeylaw.com nbeba@tcoffeylaw.com

Virgil E. Brown, Jr.
    on behalf of Trustee Virgil E. Brown Jr. virgil@vebtrustee.com

Virgil E. Brown, Jr.
    on behalf of Trustee Virgil E. Brown Jr. virgil@vebtrustee.com, vbrownjr@ecf.axosfs.com

Virgil E. Brown, Jr.
    virgil@vebtrustee.com vbrownjr@ecf.axosfs.com

TOTAL: 49

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 22−10571−skk**

**In re:**
Matthew M. Motil
7011 Chadbourne Drive
North Olmsted, OH 44070

**Social Security No.:**
xxx−xx−3113

## NOTICE OF HEARING

### STATUS CONFERENCE

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
July 31, 2024 at 11:00 A.M.
before Judge Krstevski Koch

To consider and act upon the following matters:

STATUS CONFERENCE

**Dated:** July 12, 2024  For the Court
Form ohnb187  Josiah C. Sell, Clerk