# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO.: 22-10571** |
| | ) | |
| MATTHEW M. MOTIL, | ) | **CHAPTER 7** |
| | ) | |
| Debtor. | ) | **JUDGE SUZANA KRSTEVSKI KOCH** |
| | ) | |
| | ) | **AMENDED NOTICE OF TRUSTEE'S** |
| | ) | **MOTION FOR AN ORDER APPROVING** |
| | ) | **COMPROMISE AND SETTLEMENT OF** |
| | ) | **CERTAIN CONTROVERSIES WITH** |
| | | **DEBTOR** |

**PLEASE TAKE NOTICE THAT** on July 1, 2024, Virgil E. Brown, Jr., Trustee filed papers with the Court requesting the Court authorize and approve his Motion for an Order Approving Compromise and Settlement of Certain Controversies with Matthew M. Motil (the "*Motion*") [Doc. 177]. Based on communications with interested parties, the Trustee amended his Notice of the Motion [Doc. 180] to allow more time for interested parties to respond and/or to continue communications with interested parties which may affect the Motion. The Trustee previously listed an incorrect hearing date and files this second Amended Notice to address that the Court has set this matter for hearing on **September 3, 2024** [Doc. 188]. All other dates from the Amended Notice Doc. 180 remain the same. For those reasons, the Trustee extended the previously set Response Deadline of July 15, 2024 as detailed below.

**<u>Your rights may be affected.</u>** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then on or before **August 12, 2024**, which is thirty (30) days from the date set forth in the Certificate of Service attached to Amended Notice Doc. 180 (the "*Response Deadline*"), or as the Court may otherwise Order pursuant to the Movants' Request, you or your attorney must file with the Court a written response (the "*Response*") setting forth specific grounds for the objection at:

**United Stated Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, Ohio 44114-1235**

**OR, your attorney must file a response using the Court's ECF System.**

Any reply (the "***Reply***") to a Response must be filed on or before **August 26, 2024**, which is fourteen (14) days from the Response Deadline or otherwise as directed by the Court. If you mail your Response and/or Reply to the Court for filing, you must mail it early enough so the Court will receive it before the dates stated above.

You must also send a copy of your Response or Reply either by 1) the Court's ECF System or by regular United States Mail, postage prepaid, to:

> Scott A. Norcross, Esq. (0073407)
> Brennan Manna Diamond
> 200 Public Square, Suite 1850
> Cleveland, OH 44114
> Phone: 304-834-4693
> Fax: 2162598858
> sanorcross@bmdllc.com

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the relief sought.

>                                    Respectfully submitted,
>
>                                    */s/Scott A. Norcross*
>                                    Scott A. Norcross (0073407)
>                                    Paige M. Rabatin (0097916)
>                                    Brennan Manna Diamond LLC
>                                    200 Public Square, Suite 1850
>                                    Cleveland, Ohio 44114
>                                    Telephone: (216) 377-1044
>                                    Email: sanorcross@bmdllc.com
>                                               pmrabatin@bmdllc.com
>
>                                    *Counsel for Virgil E. Brown Jr., Chapter 7 Trustee*

## CERTIFICATION OF SERVICE

       I hereby certify that on **July 22, 2024**, a copy of the foregoing *Amended Notice of Trustee's Motion for an Order Approving Compromise and Settlement of Certain Controversies with Debtor* was served via the Court's electronic filing system and/or email on these entities and individuals:

Austin B. Barnes, III abarnes@sandhu-law.com

Evan T. Byron etb@kdglegal.com

Hunter G. Cavell hcavell@cavelllaw.com

Thomas W. Coffey tcoffey@tcoffeylaw.com

Daniel A. Cox bankruptcy@woodlamping.com, dacox@woodlamping.com

Matthew R. Duncan mrduncan@bmdllc.com

Scott D. Fink ecfndoh@weltman.com

Brian J. Green bgreen@shaperolaw.com

Herbert J. Kramer hjklegal@gmail.com

Spencer Lutz spencer.lutz@usdoj.gov

Eric R. Neuman eric@drlawllc.com

David M. Neumann dneumann@meyersroman.com

Michael Ohara mike@michaeloharaattorney.com

Jody Michelle Oster jodymoster@gmail.com

Scott R. Belhorn ust35 Scott.R.Belhorn@usdoj.gov

United States Trustee (Registered Address)@usdoj.gov


                                                 */s/ Scott A. Norcross*
                                                 Scott A. Norcross (0073407)