IT IS SO ORDERED.

Dated: 20 November, 2024 02:53 PM

Suzana Krstevski Koch
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MATTHEW M. MOTIL, | ) | Case No. 22-10571 |
| | ) | |
| Debtor | ) | Judge Suzana Krstevski Koch |
| | ) | |

**ELECTRONICALLY FILED**

## ORDER

Comes the Court, aware of settlement between Intervener, Anthony Adams and the Trustee. The result of the settlement is the withdrawal of Trustee's objection to the claims of Intervener, Anthony Adams. Now fully and sufficiently advised the court sustains the motion of Intervenor, Anthony Adams, with no objection.

The court takes notice of the exhibits Anthony Adams filed. The Court accepts those exhibits without objection, and **finds the following facts**:

1. Debtor owns an interest in North Shore Equity Sales LLC [Exhibit 212];

2. North Shore Equity Sales LLC did business under the name "Marie Paul Co." [Exhibit 204].

3. North Shore Equity Sales LLC owned INVCLE107 LLC at one time [Exhibit 201 and 205];

1

Anthony Adams paid $17,000 to North Shore Equity Sales LLC in the Fall of 2017 toward the purchase of INVCLE107 LLC [Exhibit 205 and 206];

4. Following the payments totalling $17,000 from Anthony Adams to North Shore Equity Sales LLC, North Shore Equity Sales LLC granted possession of INVCLE107 LLC to Anthony Adams [Exhibits 207 and 201];

5. Anthony Adams paid over $50,000 of North Shore Equity Sales LLC's debts on October 23, 2017; [Exhibit 207]

And therefore, this Court makes the following **conclusions of law**:

6. In doing so, Anthony Adams completed the purchase by conduct of INVCLE107 LLC on October 23, 2017;

7. Debtor, Matthew Motil did not dierectly own INVCLE107 LLC at the time of filing the Petition in this action on March 7, 2022;

8. Since the initial filing of this action on March 7, 2022, INVCLE107 LLC has not been an asset of the Bankruptcy Trust in this action, by any direct ownership interest of Debtor, Matthew Motil.

9. North Shore Equity Sales LLC, itself, is an asset of the Bankruptcy Trust in this action;

10. Since the initial filing of this action on March 7, 2022, INVCLE107 LLC has not indirectly been an asset of the Bankruptcy Trust in this action through the Bankruptcy Trust's interest in North Shore Equity Sales LLC;

11. INVCLE107 LLC has never been an asset of the Bankruptcy Trust in this action;

12. The settlement between Intervener, Anthony Adams and the Trustee resulting in withdrawal of Trustee's objection is right, just, and meets with the approval of this Court.

So ordered.

Prepared by:

*/s/Michael A. O'Hara*

Michael A. O'Hara (0067829)
Michael A. O'Hara, PLLC
7000 Houston Rd. Suite 27
Florence, KY 41042
Ph. 859-746-0500
Fx. 859-647-0148
Mike@MichaelOHaraAttorney.com
Attorney for: Anthony Adams

**Distribution:**

Jeffrey M. Levinson JML@JML-Legal.com

Austin B. Barnes, III abarnes@sandhu-law.com

Evan T. Byron etb@kdglegal.com

Hunter G. Cavell hcavell@cavelllaw.com

Thomas W. Coffey tcoffey@tcoffeylaw.com

Matthew R. Duncan mrduncan@bmdllc.com

Scott D. Fink ecfndoh@weltman.com

Brian J. Green bgreen@shaperolaw.com

Herbert J. Kramer hjklegal@gmail.com

Spencer Lutz spencer.lutz@usdoj.gov

Eric R. Neuman eric@drlawllc.com

David M. Neumann dneumann@meyersroman.com

Jody Michelle Oster jodymoster@gmail.com

Scott R. Belhorn Scott.R.Belhorn@usdoj.gov

Scott A. Norcross sanorcross@bmdllc.com

Paige Rabatin pmrabatin@bmdllc.com

Amitkumar Sharma obo Ford Motor Credit Company, LLC
ECFNotice@aisinfo.com