UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-10571 |
| | ) | |
| MATTHEW M. MOTIL, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE SUZANA KRSTEVSKI KOCH |

## MOTION OF TRUSTEE FOR ORDER (I) APPROVING BIDDING PROCEDURES FOR SALE OF ASSETS, (II) APPROVING FORM AND MANNER OF NOTICE OF AUCTION AND SALE HEARING, AND (III) GRANTING RELATED RELIEF

The Trustee, Virgil E. Brown, Jr., respectfully submits this Motion for an order pursuant to 11 U.S.C. §§ 105(a) and 363 of the Bankruptcy Code and Fed. R. Bankr. P. 2002 and 6004, approving bidding procedures for the sale of certain assets of the Debtor's estate, and in support thereof, states as follows:

### I. INTRODUCTION

1. This Motion seeks the Court's approval of bidding procedures to govern the sale of a 2009 Ford F-150, VIN 1FTPW14V49FA40939 (the "Assets"), free and clear of liens, claims, interests, and encumbrances pursuant to Section 363 of the Bankruptcy Code.

2. The Trustee believes that a public auction will maximize the value of the Assets for the benefit of the estate and its creditors.

### II. BACKGROUND

3. On March 7, 2022, the Debtor filed his voluntary petition for protection under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

4. Trustee, Virgil Brown, was appointed as the Chapter 7 Trustee on and is the duly appointed and acting Trustee of the Debtor's estate.

5. The Debtor's estate includes the Assets, which consist of a 2009 Ford F-150, VIN 1FTPW14V49FA40939. The Trustee believes these Assets are essential for the Debtor's liquidation and that a prompt sale is in the best interest of the estate and its creditors.

6. The Trustee, in consultation with its professionals, will take steps to market the Assets to potential purchasers. These efforts will include hiring Kiko Auctions to auction and sell the Assets. Kiko Auctions is an approved auctioneer for the U.S. Bankruptcy Court, Northern District of Ohio.

### III. PROPOSED BIDDING PROCEDURES

7. The Trustee proposes the following bidding procedures to ensure a fair, transparent, and competitive auction process for the Assets:

   A. **Notice of Auction and Sale Hearing**: Notice of the auction and sale hearing will be provided to all parties in interest in accordance with Bankruptcy Rules 2002 and 6004, and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Ohio. The Notice shall specify the date, time, and place of the auction.

   B. **Auction**: The Trustee shall utilize Kiko Auctions to sell the Assets via public auction. Kiko Auctions will further advertise said Auction. The Auction will be held online and in person. The auctioneer shall be permitted to prepare the vehicle for sale including cleaning and transportation to the auction site.

   C. **Sale Confirmation**: Trustee shall submit sale results for confirmation.

22-10571-skk    Doc 213    FILED 09/02/25    ENTERED 09/02/25 15:54:29    Page 2 of 8

## IV. LEGAL BASIS

8. Section 363(b) of the Bankruptcy Code authorizes the Trustee, after notice and a hearing, to sell property of the estate outside the ordinary course of business.

9. Section 363(f) permits the Trustee to sell property free and clear of liens, claims, interests, and encumbrances under certain conditions, including when the entity holding the interest consents or could be compelled to accept a monetary satisfaction of the interest.

10. The proposed bidding procedures are designed to maximize the value of the Assets for the benefit of the estate and its creditors and are consistent with applicable law and the Debtor's fiduciary duties.

## V. PRAYER FOR RELIEF

WHEREFORE, the Trustee prays for the entry of an Order (i) approving the bidding procedures set forth herein, (ii) approving the form and manner of notice of the auction and sale confirmation, (iii) approving the auctioneer's transportation and cleaning costs for the Assets and (iv) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 2, 2025

/s/ Scott A. Norcross
SCOTT A. NORCROSS (0073407)
PAIGE M. RABATIN (0097916)
BRENNAN MANNA & DIAMOND LLC
200 Public Square, Suite 1850
Cleveland, OH 44114
Phone: (216) 377-1044
Fax: (216) 377-1044
Email: sanorcross@bmdllc.com
pmrabatin@bmdllc.com
*Counsel for Virgil E. Brown, Jr.,*
*Chapter 7 Trustee*

3

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on September 2, 2025, true and correct copies of the foregoing Motion were served upon the following registered ECF participants electronically through the Court's ECF System at the following email addresses registered with the Court:

Austin B. Barnes, III at abarnes@sandhu-law.com

Evan T. Byron at evan@byron-legal.com

Hunter G. Cavell at hcavell@cavelllaw.com

Thomas W. Coffey at tcoffey@tcoffeylaw.com

Daniel A. Cox at bankruptcy@woodlamping.com; dacox@woodlamping.com

Matthew R. Duncan at mrduncan@bmdllc.com

Scott D. Fink at ecfndoh@weltman.com

Brian J. Green at bgreen@shaperolaw.com

Herbert J. Kramer at hjklegal@gmail.com

Spencer Lutz at spencer.lutz@usdoj.gov

Jeffrey M. Levinson at jml@jml-legal.com

Eric R. Neuman at eric@drlawllc.com

David M. Neumann at dneumann@meyersroman.com

Michael Ohara at mike@michaeloharaattorney.com

Jody Michelle Oster at jodymoster@gmail.com

Scott R. Belhorn ust35 at Scott.R.Belhorn@usdoj.gov

United States Trustee (Registered Address)@usdoj.gov

                                                    */s/ Scott A. Norcross*
                                                  SCOTT A. NORCROSS (0073407)
                                                  *Counsel for Virgil E. Brown, Jr.,*
                                                  *Chapter 7 Trustee*

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-10571 |
| | ) | |
| MATTHEW M. MOTIL, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE SUZANA KRSTEVSKI KOCH |

## ORDER AUTHORIZING SALE: (I) APPROVING BIDDING PROCEDURES FOR SALE OF ASSETS, (II) APPROVING FORM AND MANNER OF NOTICE OF AUCTION AND SALE HEARING, AND (III) GRANTING RELATED RELIEF

Upon consideration of the Trustee, Virgil E. Brown, Jr.'s ("Trustee"), Motion for Entry of an Order Authorizing Sale of Property of the Estate Free and Clear of Liens, Claims, and Interests pursuant to 11 U.S.C. §§ 105(a) and 363 of the Bankruptcy Code and Fed. R. Bankr. P. 2002 and 6004, and after adequate notice and a hearing, the Court finds, as follows the Trustee is permitted as follows:

1. That Section 363(b) of the Bankruptcy Code authorizes the Trustee, after notice and a hearing, to sell property of the estate outside the ordinary course of business.

2. That Section 363(f) permits the Trustee to sell property free and clear of liens, claims, interests, and encumbrances under certain conditions, including when the entity

holding the interest consents or could be compelled to accept a monetary satisfaction of the interest.

3. That the Trustee's proposed bidding procedures will maximize the value of the assets for the benefit of the estate and its creditors and are consistent with applicable law and the Debtor's fiduciary duties.

4. That proper notice was provided related to Trustee's Motion Motion for Entry of an Order Authorizing Sale of Property of the Estate Free and Clear of Liens, Claims, and Interests pursuant to 11 U.S.C. §§ 105(a) and 363 of the Bankruptcy Code and Fed. R. Bankr. P. 2002 and 6004.

5. The sale is in the best interest of the bankruptcy estate, creditors, and others parties in interest.

6. The auction process is fair and reasonable.

7. The sale is not subject to avoidance under section 11 U.S.C. 363(n).

Based on the findings the Court orders as follows:

1. The Trsutee is authorized to sell the Debtor's 2009 Ford F-150 1FTPW14V49FA40939 through an auction with Kiko Auctions, free and clear of all liens, claims and encumbrances pursuant to 11 USC 363.

2. The Trustee shall provide notice of the auction to all parties in interest in accordance with Bankruptcy Rules 2002 and 6004, and the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Ohio. The Notice shall specify the date, time, and place of the auction.

3. The Trustee shall be permitted to pay Kiko Auction for services rendered in executing the auction including but not limited to the recovery of the vehicle and cleaning of vehicle for purposes of sale.

4. The Trustee file a notice of the auctions results at the conclusion of auction.

###

Submitted by:

*/s/ Scott A. Norcross*
SCOTT A. NORCROSS (0073407)
PAIGE M. RABATIN (0097916)
BRENNAN MANNA & DIAMOND LLC
200 Public Square, Suite 1850
Cleveland, OH 44114
Phone: (216) 377-1044
Fax: (216) 377-1044
Email: sanorcross@bmdllc.com
       pmrabatin@bmdllc.com

*Counsel for Virgil E. Brown, Jr.,*
*Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

The foregoing Order to be served upon the following registered ECF participants electronically through the Court's ECF System at the following email addresses registered with the Court:

Austin B. Barnes, III at abarnes@sandhu-law.com

Evan T. Byron at evan@byron-legal.com

Hunter G. Cavell at hcavell@cavelllaw.com

Thomas W. Coffey at tcoffey@tcoffeylaw.com

Daniel A. Cox at bankruptcy@woodlamping.com; dacox@woodlamping.com

Matthew R. Duncan at mrduncan@bmdllc.com

Scott D. Fink at ecfndoh@weltman.com

Brian J. Green at bgreen@shaperolaw.com

Herbert J. Kramer at hjklegal@gmail.com

Spencer Lutz at spencer.lutz@usdoj.gov

Jeffrey M. Levinson at jml@jml-legal.com

Eric R. Neuman at eric@drlawllc.com

David M. Neumann at dneumann@meyersroman.com

Michael Ohara at mike@michaeloharaattorney.com

Jody Michelle Oster at jodymoster@gmail.com

Scott R. Belhorn ust35 at Scott.R.Belhorn@usdoj.gov

United States Trustee (Registered Address)@usdoj.gov

Scott A. Norcross at sanorcross@bmdllc.com

Paige M. Rabatin at pmrabatin@bmdllc.com