**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO EASTERN**
**DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-10571 |
| | ) | |
| MATTHEWM. MOTIL, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE SUZANA KRSTEVSKI KOCH |

## NOTICE OF MOTION OF TRUSTEE FOR ORDER (I) APPROVING BIDDING PROCEDURES FOR SALE OF ASSETS, (II) APPROVING FORM AND MANNER OF NOTICE OF AUCTION AND SALE HEARING, (III) APPROVING AUCTIONEER'S FEES AND (IV) GRANTING RELATED RELIEF

**TO:    ALL CREDITORS, INTERESTED PARTIES AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** on September 2, 2025, Virgil E. Brown, Jr., Trustee, (the "Trustee") of the estate of the above-captioned Debtor has filed a Motion (the "Motion") seeking entry of an order, substantially in the form attached thereto as <u>Exhibit A.</u> pursuant to Sections 105,363 and 365 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rules 2002, 6004 and 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") regarding the sale of Debtor's 2009 Ford F-150, VIN 1FTPW14V49FA40939, free and clear of interests under Section 363. The Motion requests approval of bidding procedures and a timeline for the sale process. It also seeks approval for a finding that the successful bidder is a good faith purchaser, a waiver of the 10-day stay period under Bankruptcy Rule 6004(h).

**PLEASE TAKE FURTHER NOTICE THAT** any objection to the Motion must be filed within 14 days in writing with the Court and served on the parties listed in the Motion. As such, responses or objections to the Motion must be filed by and served no later than September 23, 2025. The Court is authorized to grant the relief requested without further notice unless a timely objection filed.

**PLEASE TAKE FURTHER NOTICE THAT** if the Bidding Procedures Motion is approved, an auction will be held following the approved procedures, followed by a hearing to approve the sale.

Respectfully submitted,

Dated: September 8, 2025

/s/ *Scott A. Norcross*

SCOTT A. NORCROSS (0073407)
PAIGE M. RABATIN (0097916)
BRENNAN MANNA & DIAMOND LLC
200 Public Square, Suite 1850
Cleveland, OH 44114
Phone: (216) 377-1044
Fax: (216) 377-1044
Email: sanorcross@bmdllc.com
        pmrabatin@bmdllc.com

*Counsel for Virgil E. Brown, Jr., Chapter 7 Trustee*

2

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on September 2, 2025, true and correct copies of the foregoing Notice was served upon the following registered ECF participants electronically through the Court's ECF System at the following email addresses registered with the Court:

Austin B. Barnes, III at abarnes@sandhu-law.com

Evan T. Byron at evan@byron-legal.com

Hunter G. Cavell at hcavell@cavelllaw.com

Thomas W. Coffey at tcoffey@tcoffeylaw.com

Daniel A. Cox at bankruptcy@woodlamping.com; dacox@woodlamping.com

Matthew R. Duncan at mrduncan@bmdllc.com

Scott D. Fink at ecfndoh@weltman.com

Brian J. Green at bgreen@shaperolaw.com

Herbert J. Kramer at hjklegal@gmail.com

Spencer Lutz at spencer.lutz@usdoj.gov

Jeffrey M. Levinson at jml@jml-legal.com

Eric R. Neuman at eric@drlawllc.com

David M. Neumann at dneumann@meyersroman.com

Michael Ohara at mike@michaeloharaattorney.com

Jody Michelle Oster at jodymoster@gmail.com

Scott R. Belhorn ust35 at Scott.R.Belhorn@usdoj.gov

United States Trustee (Registered Address)@usdoj.gov

<div style="margin-left:50%">

*/s/ Scott A. Norcross*
SCOTT A. NORCROSS (0073407)
*Counsel for Virgil E. Brown, Jr., Chapter 7
Trustee*

</div>