UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-10571 |
| | ) | |
| MATTHEW M. MOTIL, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | JUDGE SUZANA KRSTEVSKI KOCH |

### NOTICE OF RESULTS OF SALE OF 2009 FORD F-150 OF THE ESTATE PURSUANT TO 11 U.S.C. § 363

PLEASE TAKE NOTICE that, following proper marketing by Kiko Auctioneers and internet auction by Kiko Auctioneers, a sale of the Debtor's 2009 Ford F-150 pickup truck (the "F-150 Truck") was conducted pursuant to 11 U.S.C. § 363 and the Court-approved sale order. (Doc. 221).

At the conclusion of the sale process, a third party buyer purchased the F-150 via online auction submitted the highest and best offer for the F-150 Truck, with a purchase price of $6,000.00, and was declared the successful bidder. See **Exhibit A** attached hereto.

Respectfully submitted,

Dated: January 12, 2026

/s/ Scott A. Norcross
SCOTT A. NORCROSS (0073407)
PAIGE M. RABATIN (0097916)
BRENNAN MANNA & DIAMOND LLC
200 Public Square, Suite 1850
Cleveland, OH 44114
Phone: (216) 377-1044
Fax: (216) 377-1044
Email: sanorcross@bmdllc.com
pmrabatin@bmdllc.com

*Counsel for Virgil E. Brown, Jr.,*
*Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2026, true and correct copies of the foregoing Notice were served upon the following registered ECF participants electronically through the Court's ECF System at the following email addresses registered with the Court:

Austin B. Barnes, III at abarnes@sandhu-law.com

Evan T. Byron at evan@byron-legal.com

Hunter G. Cavell at hcavell@cavelllaw.com

Thomas W. Coffey at tcoffey@tcoffeylaw.com

Daniel A. Cox at bankruptcy@woodlamping.com; dacox@woodlamping.com

Matthew R. Duncan at mrduncan@bmdllc.com

Scott D. Fink at ecfndoh@weltman.com

Brian J. Green at bgreen@shaperolaw.com

Herbert J. Kramer at hjklegal@gmail.com

Spencer Lutz at spencer.lutz@usdoj.gov

Jeffrey M. Levinson at jml@jml-legal.com

Eric R. Neuman at eric@drlawllc.com

David M. Neumann at dneumann@meyersroman.com

Michael Ohara at mike@michaeloharaattorney.com

Jody Michelle Oster at jodymoster@gmail.com

Scott R. Belhorn ust35 at Scott.R.Belhorn@usdoj.gov

United States Trustee (Registered Address)@usdoj.gov

/s/ Scott A. Norcross
SCOTT A. NORCROSS (0073407)
*Counsel for Virgil E. Brown, Jr.,
Chapter 7 Trustee*

2



**2009 Ford F150 platinum pickup, runs and drives**
Lot # 108
176,434 miles

Battery low

US Bankruptcy Court northern district of Ohio eastern division case #22-10571

Sold for: USD 6,000.00

to W****l

