UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED 2026 FEB 23 AM 11:55

## CHANGE OF ADDRESS NOTIFICATION
(To be filed)

NAMES(S) OF DEBTORS(S): Matt Motil (Mattew M. Motil)

CASE NO.: 22-10571-skk

JUDGE: ~~Judge Arthur I. Harris~~ Judge Suzana Krstevski Koch

NAME OF PARTY TO BE CHANGED: Brian Bonetta

FORMER ADDRESS: 4134 West Linger Lane, Phoenix, AZ 85051

NEW ADDRESS: 3530 Bedminster Road, Ottsville, PA 18942

HOW NOTIFIED:

PHONE CALL ( )

AT COUNTER ( )

AT 341 MEETING ( )

NOTIFIED BY WHOM:

BANKRUPT ( )

ATTY. FOR BANKRUPT ( )

OTHER (✓)

DATE: 02·17·2026

SIGNATURE: Brian Bonetta